Debtor 1: Gregory Lamont Belcher
  First Name — Middle Name — Last Name

Debtor 2: _____
(Spouse, if filing) First Name — Middle Name — Last Name

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 2018-50909-MEH-11

☑ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim
Column C — Unsecured portion If any

**2.1** Ocwen Loan Servicing
Creditor's Name
POB 666264
Number  Street
Dalllas, TX 75266
City  State  ZIP Code

Describe the property that secures the claim: Single Family Home

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 2,000,000.00  $ _____  $ _____

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2** California Home Loans
Creditor's Name
1346 The Alameda, Ste 7-119
Number  Street

San Jose  CA  95126
City  State  ZIP Code

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,500,000.00  $ _____  $ _____

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:  $ _____

## Additional Page

**Part 1:** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.3 Naomi Chung, Esq.**
Creditor's Name
Pier 9, Ste. 100
Number   Street

San Francisco   CA   94111
City   State   ZIP Code

Describe the property that secures the claim:

$ 120,000.00   $_____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  11/11/2017

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.5 Brendan Hickey, Esq.**
Creditor's Name
Pier 9, Ste. 100
Number   Street

SF   CA   94111
City   State   ZIP Code

Describe the property that secures the claim:

$ 61,000.00   $_____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  11/11/2017

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.5 The REO Group, Inc.**
Creditor's Name
6535 Wilshire Blvd.
Number   Street
Ste. 206

LA   CA   90058
City   State   ZIP Code

Describe the property that secures the claim:
Single Family Home

$ 465,000.00   $_____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  04/04/2012

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0 4 4 8

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 4,146,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $ 4,146,000.00

Fill in this information to identify your case:

Debtor: Gregory Lamont Belcher
(First Name / Middle Name / Last Name)

Debtor 2:
(Spouse If filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 2018-50909-MEH-11

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Joe and Teresa Owens (Name)<br>1800 Dunsmuir Avenue (Number / Street)<br>Los Angeles, CA 90019 (City / State / ZIP Code) | "Unexpired lease" for single family home located...<br><br>1800 Dunsmuir Avenue, Los Angeles, CA 90019 |
| **2.2** (Name)<br>(Number / Street)<br>(City / State / ZIP Code) | |
| **2.3** (Name)<br>(Number / Street)<br>(City / State / ZIP Code) | |
| **2.4** (Name)<br>(Number / Street)<br>(City / State / ZIP Code) | |
| **2.5** (Name)<br>(Number / Street)<br>(City / State / ZIP Code) | |

Official Form 106G  Schedule G: Executory Contracts and Unexpired Leases  page 1 of 1