**The Knight Law Group**
Noel Knight SBN #223821
800 J Street, Suite 441
Sacramento, CA 95814
Telephone: (510) 435-9210
Facsimile: (510) 281-6889
Email: lawknight@theknightlawgroup.com

Attorney for Debtor…Gregory Lamont Belcher

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GREGORY LAMONT BELCHER<br><br>    Debtor and Debtor-in-Possession. | Case No. 18-50909-MEH-11<br><br>**PROOF OF SERVICE** |

I am a resident of the United States and am employed in the County of Sacramento. I am over the age of eighteen (18) years and not a party to the within action; my business address is c/o The Knight Law group, 800 J Street, Suite 441, Sacramento, California 95814.

I am familiar with the firm's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Every day's mail is collected and deposited in the United States Mail box after the close of each day's business.

1

On May 23, 2018, I served the within:

- **DEBTOR'S *EX PARTE* APPLICATION TO EMPLOY TERESA KATHERINE OWENS AS REALTOR FOR THE DEBTOR AND THE BANKRUPTCY ESTATE**

- **DECLARATION OF TERESA KATHERINE OWENS IN SUPPORT OF DEBTOR'S *EX PARTE* APPLICATION TO EMPLOY TERESA KATHERINE OWENS OF AS REALTOR FOR THE DEBTOR AND THE BANKRUPTCY ESTATE**

- **EXHIBITS TO DEBTOR'S *EX PARTE* APPLICATION TO EMPLOY TERESA KATHERINE OWENS AS REALTOR FOR THE DEBTOR AND THE BANKRUPTCY ESTATE**

- **[PROPOSED] ORDER APPROVING DEBTOR'S *EX PARTE* APPLICATION TO EMPLOY TERESA KATHERINE OWENS AS REALTOR FOR THE DEBTOR AND THE BANKRUPTCY ESTATE**

[XX] (BY ELECTRONIC MAIL) as per FRCP5 by transmitting via electronic mail the above-listed documents to the parties listed below at email addresses set forth on the list below on this date. Such parties have consented to accept email or electronic service.

Reno Fernandez, Esq.
Attorney for Dakota Note
Reno@macfern.com

Mary Tang, Esq.
Attorney for Malipep, LLC
mtang@frenchlyontang.com

                                                   /s/ Mina Shabir
                                                   Mina Shabir