**The Knight Law Group**
Noel Knight SBN #223821
800 J Street, Suite 441
Sacramento, CA 95814
Telephone: (510) 435-9210
Facsimile: (510) 281-6889
Email: lawknight@theknightlawgroup.com

Attorney for Debtor… Gregory Lamont Belcher

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GREGORY LAMONT BELCHER<br><br>Debtor and Debtor-in-Possession. | Case No. 15-50909-MEH-11<br><br>**DEBTOR'S OPPOSITION**<br><br>**TO DAKOTA NOTE LLC'S**<br><br>**MOTION TO DISMISS OR**<br><br>**CONVERT THIS CHAPTER 11**<br><br>June 7, 2018<br>10:30 a.m.<br>280 S. First Street; Court 3020<br>San Jose, California |

# EXHIBIT A

# EXECUTIVE SUMMARY FOR SEPTEMBER 2017
# APRAISSAL FOR 22000 DORSEY WAY, SARATOGA

1

## ADDITIONAL COMMENTS

THE SUBJECT IS LOCATED AT THE END OF A CUL-DE-SAC ON A STREET OF NEWER/LARGER/LUXURY QUALITY HOMES.

THE HOME FEATURES HIGH END BUILDING MATERIALS, A CENTRAL ENTRY WAS SPIRAL STAIRCASE, TOP-OF-THE-LINE APPLIANCES/FIXTURES, CROWN MOLDINGS, RECESSED LIGHTING, MEDIA ROOM, CHEFS KITCHEN, 3 FIREPLACES, BALCONY, AU PAIR QUARTERS WITH PRIVATE KITCHEN/BATH, ELEVATOR, HIGH END LANDSCAPING WITH INGROUND POOL AND TRAVERTINE TILE DETAILING. MASTER SUITE HAS HIS AND HER BATHROOM. LARGE UPPER LEVEL ROOF TOP PATIO VIA ELEVATOR ACCESS WITH PANORAMIC VALLEY VIEWS. ELECTRONIC DRIVEWAY GATE. SHOWS WELL.

## COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) HIGH LAND VALUE TO TOTAL VALUE IS TYPICAL FOR THIS AREA.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

| | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | | =$ | 3,900,000 |
| Source of cost data MARSHALL/SWIFT | Dwelling 7,033 Sq. Ft. @ $ 250.00 | =$ | 1,758,250 |
| Quality rating from cost service GOOD  Effective date of cost data 01/01/2015 | Bsmt. 0 Sq. Ft. @ $ | =$ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | SWIMMING POOL | | 60,000 |
| ATTACHED ADDENDUM FOR BUILDING SKETCH. MARSHALL AND | Garage/Carport 875 Sq. Ft. @ $ 75.00 | =$ | 65,625 |
| SWIFT RESIDENTIAL COST GUIDE AND LOCAL CONTRACTOR | Total Estimate of Cost-new | =$ | 1,883,875 |
| ESTIMATES USED FOR REPRODUCTION COSTS. SITE VALUE IS | Less Physical 2 Functional 0 External 0 | | |
| DETERMINED BY ABSTRACTION AND THE CURRENT MARKET | Depreciation 37,678  0  0 | =$ ( | 37,678 ) |
| SURVEY. HIGH LAND TO VALUE RATIO IS TYPICAL FOR SUBJECT'S | Depreciated Cost of Improvements | =$ | 1,846,197 |
| AREA AND SANTA CLARA COUNTY. EFFECTIVE AGE LIFE USED | "As-is" Value of Site Improvements | =$ | 10,000 |
| FOR DEPRECIATION. | | | |
| Estimated Remaining Economic Life (HUD and VA only) 50 Years | Indicated Value By Cost Approach | =$ | 5,756,197 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae.)

Estimated Monthly Market Rent $ _____ X Gross Multiplier _____ =$ N/A Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? [ ] Yes [ ] No  Unit type(s) [ ] Detached [ ] Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data source(s) _____

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? [ ] Yes [ ] No  Data source.

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? [ ] Yes [ ] No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70  March 2005                                                                 Fannie Mae Form 1004  March 2005
UAD Version 9/2011 Produced by ClickFORMS Software 800-622-8727                            Page 2 of 3

Case: 18-50909   Doc# 39   Filed: 05/24/18   Entered: 05/24/18 23:14:31   Page 2 of 29

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Elizabeth F. Channing | Name |
| Company Name CHARTWELL ENTERPRISES | Company Name |
| Company Address P.O. Box 1464 | Company Address |
| LOS GATOS, CA 95031 | |
| Telephone Number 408-836-6744 | Telephone Number |
| Email Address lizestar@aol.com | Email Address |
| Date of Signature and Report 09/04/2017 | Date of Signature |
| Effective Date of Appraisal 09/01/2017 | State Certification # |
| State Certification # AR026567 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State CA | |
| Expiration Date of Certification or License 02/23/2019 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 22000 DORSEY WAY | Date of Inspection |
| SARATOGA, CA 95070-5336 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 5,700,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name NO AMC | **COMPARABLE SALES** |
| Company Name PINNACLE MORTGAGE COMPANY | ☐ Did not inspect exterior of comparable sales from street |
| Company Address 520 S EL CAMINO REAL #600 | ☐ Did inspect exterior of comparable sales from street |
| SAN MATEO, CA 94402 | Date of Inspection |
| Email Address | |