Wells Fargo Bank, N.A.
MAC N9361-030
435 Ford Road, Suite 300
St. Louis Park, MN 55426-1063



06/04/2018

Clerk, US Bankruptcy Court
Northern District Of California
280 SOUTH 1ST STREET  #3035
SAN JOSE, CA 95113

Subject: Withdrawal of Proof of Claim
Debtor(s): GREGORY L BELCHER
Account ending in: 4801
Bankruptcy No.: 1850909
Chapter: 11
Claim No.: 2

Dear Clerk:

Our proof of claim referenced above and dated 05/09/2018 in the amount of $2,558.45 was filed in error. We would request that the claim be withdrawn from the Claims Registry.

Thank you in advance for your assistance in this matter. If you have any additional questions or if we can be of further assistance, please contact us at 866-862-9753, Monday through Friday 8:00 a.m. through 5:00 p.m. Central Time. Our fax number is 866-802-6187. Wells Fargo does accept relay service calls.

Thank you,


Consumer Credit Solutions Bankruptcy Team


cc: Chapter 13 Trustee