| Neighborhood Name | TERRA LADERA | | | | Map Reference | 64-E6 | | Census Tract | 5076.00 |
|---|---|---|---|---|---|---|---|---|---|

Occupant | Owner | X | Tenant | | Vacant | Special Assessments $ | 0 | | PUD | HOA $ | 0 | | per year | | per month

Property Rights Appraised | X | Fee Simple | | Leasehold | | Other (describe)

Assignment Type | | Purchase Transaction | X | Refinance Transaction | | Other (describe)

Lender/Client PINNACLE MORTGAGE COMPANY   Address 520 S EL CAMINO REAL #600, SAN MATEO, CA 94402

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? Yes | X | No

Report data source(s) used, offering price(s), and date(s)   REIL MLS

I | | did | did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ | Date of Contract | Is the property seller the owner of public record? | Yes | No | Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? | Yes | No

If Yes, report the total dollar amount and describe the items to be paid. $0;:

Note: Race and the racial composition of the neighborhood are not appraisal factors.

### Neighborhood Characteristics

| Location | | Urban | X | Suburban | | Rural |
|---|---|---|---|---|---|---|
| Built-Up | X | Over 75% | | 25-75% | | Under 25% |
| Growth | | Rapid | X | Stable | | Slow |

### One-Unit Housing Trends

| Property Values | X | Increasing | | Stable | | Declining |
|---|---|---|---|---|---|---|
| Demand/Supply | | Shortage | X | In Balance | | Over Supply |
| Marketing Time | X | Under 3 mths | | 3-6 mths | | Over 6 mths |

### One-Unit Housing

| | PRICE $(000) | AGE (yrs) |
|---|---|---|
| Low | 2,410 | 0 |
| High | 7,000 | 99 |
| Pred. | 4,425 | 50 |

### Present Land Use %

| One-Unit | 90 % |
|---|---|
| 2-4 Unit | 5 % |
| Multi-Family | % |
| Commercial | 5 % |
| Other | % |

Neighborhood Boundaries  COX AVE TO THE NORTH, HIGHWAY 85 TO THE EAST, HIGHWAY 17 TO THE EAST, MT EDEN RD TO THE WEST, TERRA LADERA NEIGHBORHOOD.

Neighborhood Description  SUBJECT IS LOCATED IN A TRACT OF HIGH QUALITY HOMES IN SARATOGA BUILT IN THE 1970'S-2000'S. HOMES ARE PRIMARILY ONE OR TWO STORY AND ORIGINALLY RANGE FROM 2500-8000 SQ FT. LAND VALUES ARE HIGH DUE TO PROXIMITY OF MAJOR EMPLOYMENT AREAS OF METRO SILICON VALLEY BAY AREA. FREEWAY ACCESS IS WITHIN 5 MILES.

Market Conditions (including support for the above conclusions)  PER SUBJECT'S MLS AREA 17 FOR 2ND QUARTER 2017 FOR SFRS FOR SFRS 4000 SF+ ON LOTS <1 ACRE, AVG DOM IS 42 W/ A AVERAGE SALES PRICE OF $4,425,000. THE LOCAL ECONOMY IS FAIRLY STABLE WITH GOOD LONG TERM EMPLOYMENT OUTLOOK. INTEREST RATES ARE MODERATELY LOW. SUBJECT IS NOT AN OVER IMPROVEMENT FOR NEIGHBORHOOD.

| Dimensions | 160x230 | Area | 36800 sf | Shape | IRREGULAR | View | B;Res;VALLEY |
|---|---|---|---|---|---|---|---|

Specific Zoning Classification  R140   Zoning Description HILLSIDE/SINGLE FAMILY RESIDENCE

Zoning Compliance | X | Legal | | Legal Nonconforming (Grandfathered Use) | | No Zoning | | Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? | X | Yes | | No If No, describe

### Utilities   Public   Other (describe)

| | Public | Other (describe) | | | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | Street ASPHALT | X | |
| Gas | X | | Sanitary Sewer | X | Alley NONE | | |

FEMA Special Flood Hazard Area | | Yes | X | No  FEMA Flood Zone ZONE X500   FEMA Map # 060351 - 06085C0218H   FEMA Map Date 05/18/2009

Are the utilities and/or off-site improvements typical for the market area? | X | Yes | | No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? | | Yes | X | No If Yes, describe

NOT APPARENT. SEE PRELIMINARY TITLE REPORT. I HAVE NOT CHECKED THE LAND RECORDS FOR THE RECORDED EASEMENTS AND I HAVE REPORTED ONLY APPARENT EASEMENTS OR ENCROACHMENTS. GOOD INGRESS AND EGRESS. LARGE INTERIOR LOT LOCATION. CUL DE SAC LOCATION.

### General Description

| Units | X | One | | One with Accessory Unit |
|---|---|---|---|---|
| # of Stories | 2.00 | | | |
| Type | X | Det. | | Att. | S-Det/End Unit |
| X | Existing | | Proposed | | Under Const. |
| Design (Style) | HIGH RANCH | | | |
| Year Built | 2016 | | | |
| Effective Age (Yrs) | 1 YEAR | | | |

### Foundation

| | X | Concrete Slab | | Crawl Space |
|---|---|---|---|---|
| | | Full Basement | | Partial Basement |
| Basement Area | 0 | sq. ft. | | |
| Basement Finish | 0 | % | | |
| | | Outside Entry/Exit | | Sump Pump |
| Evidence of | | Infestation | | |
| | | Dampness | | Settlement |

### Attic

| | | None |
|---|---|---|
| Drop Stair | | Stairs |
| Floor | X | Scuttle |
| Finished | | Heated |

| Heating | X | FWA | | HWBB | | Radiant |
|---|---|---|---|---|---|---|
| | | Other | Fuel | GAS | | |
| Cooling | X | Central Air Conditioning | | | |
| | | Individual | | Other | | None |

### Exterior Description   materials/condition

| Foundation Walls | CONCRETE/GOOD |
|---|---|
| Exterior Walls | STUCCO/GD |
| Roof Surface | TILE/GD |
| Gutters & Downspouts | YES/GD |
| Window Type | DUAL PANE/GD |
| Storm Sash/Insulated | NONE |
| Screens | None |

### Interior   materials/condition

| Floors | HRDWD/CPT/GOOD |
|---|---|
| Walls | DRYWALL/GD |
| Trim/Finish | WD-PAINT/GD |
| Bath Floor | STONE/MARBLE/GD |
| Bath Wainscot | STONE/MARBLE/GD |
| Car Storage | None |
| X | Driveway   # of Cars 3 |
| Driveway Surface CONCRETE |
| X | Garage   # of Cars 3 |
| | Carport   # of Cars 0 |
| X | Att. | Det. | Built-in |

### Amenities

| | | Woodstove(s) # 0 |
|---|---|---|
| X | Fireplace(s) # 3 | X | Fence 1 |
| X | Patio/Deck 1 | X | Porch 1 |
| X | Pool INGRND | X | Other SPA |

Appliances | X | Refrigerator | X | Range/Oven | X | Dishwasher | X | Disposal | X | Microwave | | Washer/Dryer | | Other (describe)

Finished area above grade contains   11   Rooms   5   Bedrooms   6 1   Bath(s)   7.033   Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  TAKEN "DOWN TO STUDS" WITH SQUARE FOOTAGE ADDED 2016 THOUGH NOT UPDATED BY CITY OF SARATOGA. FINALIZED PERMITS WERE INSPECTED BY APPRAISER. SEE ADDITIONAL FEATURES NOTES. Page 2. ABOVE GROUND SPA. THOUGH AN AMENITY IS NOT INCLUDED IN SUBJECT'S VALUE

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)  C2;Kitchen-remodeled-one to five years ago;Bathrooms-remodeled-one to five years ago;SEE COMMENTS ABOVE.  EXCELLENT PUBLIC SCHOOLS.  VALLEY/CITY LIGHTS VIEWS. ELEVATOR.  FINAL PERMITS WERE REVIEWED.

Case: 18-50909 Doc# 44 Filed: 06/04/18 Entered: 06/04/18 21:59:11 Page 2 of 32

| | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Proximity to Subject | | 0.30 miles N | | 0.62 miles N | | 2.49 miles E | |
| Sale Price | $ | $ 6,650,000 | | $ 4,600,000 | | $ 5,825,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 836.37 sq. ft. | | $ 1,106.30 sq. ft. | | $ 968.73 sq. ft. | |
| Data Source(s) | | MLS# 81631125;DOM 153 | | MLS# 81651705;DOM 10 | | MLS# 81644147;DOM 23 | |
| Verification Source(s) | | DOC# 23642370 | | DOC#23670056 | | DOC#23657807 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | 0 | ArmLth | 0 | ArmLth | 0 |
| Concessions | | None;0 | 0 | None;0 | 0 | None;0 | 0 |
| Date of Sale/Time | | s05/17;c04/17 | 0 | s06/17;c05/17 | 0 | s05/17;c04/17 | 0 |
| Location | N.Res. | N.Res. | | N.Res. | | N.Res. | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 36800 sf | 1.31 ac | -304,000 | 42645 sf | -87,675 | 1.08 ac | -153,672 |
| View | B;Res;VALLEY | B;Res;VALLEY | -50,000 | B;Res;VALLEY | -50,000 | N;Res; | 0 |
| Design (Style) | DT2.00;HIGH RANCH | DT2.00;HIGH RANCH | | DT1.00;RANCH | 0 | DT2.00;HIGH RANCH | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 1 | 13 | 0 | 14 | 0 | 3 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 11 5 6.1 | 12 6 6.2 | -5,000 | 8 4 4.2 | +15,000 | 11 5 5.1 | +10,000 |
| Gross Living Area | 7,033 sq. ft. | 7,951 sq. ft. | -138,000 | 4,158 sq. ft. | +431,000 | 6,013 sq. ft. | +153,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | None | NONE | | NONE | | NONE | |
| Garage/Carport | 3ga3dw | 3ga3dw | | 2ga1cp3dw | +5,000 | 3ga1cp4dw | 0 |
| Porch/Patio/Deck | Patio | PATIO | | PATIO | | PATIO | |
| Fireplaces | 3 Fireplaces | 5 Fireplaces | 0 | 2 Fireplaces | 0 | 4 Fireplaces | 0 |
| Pool | POOL | POOL | | POOL | | POOL | |
| ORIG LP | | $7,400,000 | 0 | $4,568,000 | 0 | $5,988,000 | 0 |
| Net Adjustment (Total) | | + X - | $ -497,000 | X + - | $ 313,325 | X + - | $ 9,328 |
| Adjusted Sale Price of Comparables | | Net Adj: -7% Gross Adj : 7% | $ 6,153,000 | Net Adj: 7% Gross Adj: 13% | $ 4,913,325 | Net Adj: 0% Gross Adj: 5% | $ 5,834,328 |

| X did | did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal

Data source(s) PUBLIC RECORDS

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) PUBLIC RECORDS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3)

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | REAL QUEST | REAL QUEST | REAL QUEST | REAL QUEST |
| Effective Date of Data Source(s) | 09/01/2017 | 09/01/2017 | 09/01/2017 | 09/01/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales THE SUBJECT HAS NOT LISTED OR SOLD FOR OVER 36 MONTHS

Summary of Sales Comparison Approach SEE COMPS 4-7 ALL CLOSED COMPS ARE FROM SUBJECT'S EXCELLENT PUBLIC SCHOOL DISTRICT. THE COMPS CHOSEN ARE CONSIDERED BEST AVAILABLE LIVING SQUARE FOOTAGE BASED ON $150/SF. LOT SQUARE FOOTAGE BASED $15/SF (FOR LOTS + OR - 2,000 SF). DIFFICULT TO FIND COMPS W/ SUBJECT'S LARGER GLA AS WITH SUBJECT. LIVING SQUARE FOOTAGE BASED ON $50/SF. BEDROOM COUNTS WERE INCLUDED IN GLA ADJUSTMENT. NO VALUE GIVEN TO FIREPLACES. NO ADJUSTMENT WARRANTED FOR SUBJECTS VALLEY VIEWS AS VIEWS THOUGH PANORAMIC ARE FROM ROOF TOP PATIO. COMP 1 IS ADJUSTED FOR SUPERIOR LOT SIZE/SUPERIOR VIEWS/SUPERIOR GLA. COMP 2 SOLD FOR OVER LIST PRICE AND IS ADJUSTED FOR SUPERIOR LOT SIZE/SUPERIOR VIEWS/INFERIOR GLA/INFERIOR BATH COUNT/INFERIOR CAR STORAGE. COMP 3 IS ADJUSTED FOR SUPERIOR LOT SIZE/INFERIOR BATH COUNT/INFERIOR GLA. ALL COMPS CONSIDERED BUT CLOSED COMPS ARE GIVEN ADDED WEIGHT. COMPS 3, 4, 5 & 7 ARE OVER 1 MILE FROM SUBJECT BUT SIMILAR EXCELLENT PUBLIC SCHOOLS/NEIGHBORHOODS.

Indicated Value by Sales Comparison Approach $ 5,700,000

Indicated Value by: Sales Comparison Approach $ 5,700,000 Cost Approach (if developed) $ 5,756,197 Income Approach (if developed) $ 0

THE MARKET APPROACH IS GIVEN THE MOST WEIGHT IN THE FINAL ESTIMATE OF VALUE. THERE IS LACK OF SUFFICIENT RENTAL DATA FOR THE INCOME APPROACH. THE COST APPROACH SUPPORTS THE MARKET VALUE.

DETAILING. MASTER SUITE HAS HIS AND HER BATHROOM. LARGE UPPER LEVEL ROOF TOP PATIO VIA ELEVATOR ACCESS WITH PANORAMIC VALLEY VIEWS. ELECTRONIC DRIVEWAY GATE. SHOWS WELL.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  HIGH LAND VALUE TO TOTAL VALUE IS TYPICAL FOR THIS AREA

| | | | | | |
|---|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 3,900,000 |
| Source of cost data MARSHALL/SWIFT | Dwelling 7,033 Sq. Ft. @ $ | | 250.00 | =$ | 1,758,250 |
| Quality rating from cost service GOOD  Effective date of cost data 01/01/2015 | Bsmt 0 Sq. Ft. @ $ | | | =$ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | SWIMMING POOL | | | | 60,000 |
| ATTACHED ADDENDUM FOR BUILDING SKETCH. MARSHALL AND | Garage/Carport 875 Sq. Ft. @ $ | | 75.00 | =$ | 65,625 |
| SWIFT RESIDENTIAL COST GUIDE AND LOCAL CONTRACTOR | Total Estimate of Cost-new | | | =$ | 1,883,875 |
| ESTIMATES USED FOR REPRODUCTION COSTS. SITE VALUE IS | Less Physical 2 Functional 0 External 0 | | | | |
| DETERMINED BY ABSTRACTION AND THE CURRENT MARKET | Depreciation 37,678 0 0 | | | =$ | 37,678 |
| SURVEY. HIGH LAND TO VALUE RATIO IS TYPICAL FOR SUBJECT'S | Depreciated Cost of Improvements | | | =$ | 1,846,197 |
| AREA AND SANTA CLARA COUNTY. EFFECTIVE AGE LIFE USED | "As-is" Value of Site Improvements | | | =$ | 10,000 |
| FOR DEPRECIATION. | | | | | |
| Estimated Remaining Economic Life (HUD and VA only) 50 Years | Indicated Value By Cost Approach | | | =$ | 5,756,197 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae.)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ X Gross Multiplier | =$ | N/A | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion

statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

## SCOPE OF WORK:
The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

## INTENDED USE:
The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

## INTENDED USER:
The intended user of this appraisal report is the lender/client.

## DEFINITION OF MARKET VALUE:
The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:
The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as

or the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4 I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14 I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on

report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name Elizabeth F. Channing | Name |
| Company Name CHARTWELL ENTERPRISES | Company Name |
| Company Address P.O. Box 1464 | Company Address |
| LOS GATOS, CA 95031 | |
| Telephone Number 408-836-6744 | Telephone Number |
| Email Address lizestar@aol.com | Email Address |
| Date of Signature and Report 09/04/2017 | Date of Signature |
| Effective Date of Appraisal 09/01/2017 | State Certification # |
| State Certification # AR026567 | or State License # |
| or State License # | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State CA | |
| Expiration Date of Certification or License 02/23/2019 | |

ADDRESS OF PROPERTY APPRAISED
22000 DORSEY WAY
SARATOGA, CA 95070-5336

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection

APPRAISED VALUE OF SUBJECT PROPERTY $ 5,700,000

☐ Did inspect interior and exterior of subject property

It is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include that data in the analysis. If data sources provide all the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 15 | 5 | 5 | | Increasing | X | Stable | | | Declining |
| Absorption Rate (Total Sales/Months) | 2.5 | 1.67 | 1.67 | | Increasing | X | Stable | | | Declining |
| Total # of Comparable Active Listings | 3 | 8 | 9 | | Declining | | Stable | | X | Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | 1.20 | 4.79 | 5.39 | | Declining | | Stable | | X | Increasing |
| Median Sales & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | | | | | |
| Median Comparable Sales Price | 3,750,000.00 | 3,591,000 | 4,425,000 | | Increasing | X | Stable | | | Declining |
| Median Comparable Sales Days on Market | 65 | 58 | 42 | X | Declining | | Stable | | | Increasing |
| Median Comparable List Price | 3,600,000 | 4,324,000 | 4,495,000 | | Increasing | X | Stable | | | Declining |
| Median Comparable Listings Days on Market | 66 | 33 | 72 | | Declining | X | Stable | | | Increasing |
| Median Sale Price as % of List Price | 96% | 98% | 101% | | Increasing | X | Stable | | | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | X | Yes | No | | Declining | X | Stable | | Increasing |

Explain in detail seller concessions trends for the past 12 months (e.g. seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs condo fees, options, etc.)

SELLER CREDITS ARE NOT UNUSUAL IN THE SUBJECT'S MARKET AREA.

Are foreclosure sales (REO sales) a factor in the market?  [X] Yes  [ ] No  If yes, explain (including the trends in listings and sales of foreclosed properties).

SOME FORECLOSURES NOTED IN THE SUBJECT'S MARKET AREA, HOWEVER THE NUMBER OF FORECLOSURES APPEARS TO BE ON THE DECLINE.

Cite data sources for above information

MLS

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales, and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions

There were a total of 25 Comparable Settled Sales in the past 12 months

The Median Sales Price for the prior 7-12 months was $3,750,000 and for the current to prior 3 months is $4,425,000

The Months Supply for the prior 7-12 months was 1 and 5 for the current to prior 3 month period.

The Median Days on Market for the prior 7-12 months was 65 and 42 for the current to prior 3 month period.

The statistics above were generated from an exported MLS market search. Details regarding the calculations and process can be found online at

http://bradfordsoftware.com/1004mc/calc.shtml

| If the subject is a unit in a condominium or cooperative project, complete the following | | | Project Name: | | | | |
|---|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | | |
| Total # of Comparable Sales (Settled) | | | | Increasing | | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | | Stable | Increasing |

Are foreclosures sales (REO sales) a factor in the project?  [ ] Yes  [ ] No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties

Summarize the above trends and address the impact on the subject unit and project

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 22000 DORSEY WAY SARATOGA, CA 95070-5336 | 15288 QUITO RD SARATOGA, CA 95070 | | 14920 FARWELL AVE SARATOGA, CA 95070 | | 13155 PARAMOUNT CT SARATOGA, CA 95070 | |
| Proximity to Subject | | 2.79 miles E | | 1.25 miles SE | | 0.95 miles NE | |
| Sale Price | $ | | $ 6,800,000 | | $ 4,425,000 | | $ 5,800,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 1,245.42 sq. ft. | | $ 1,101.02 sq. ft. | | $ 1,153.77 sq. ft. | |
| Data Source(s) | | MLS# 81638837;DOM 0 | | MLS# 81669157;DOM 8 | | MLS# 81673088;DOM 5 | |
| Verification Source(s) | | DOC# 23603591 | | DOC# 23727777 | | PENDING | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | 0 | ArmLth | 0 | ArmLth | 0 |
| Concessions | | None;0 | 0 | None;0 | 0 | None;0 | 0 |
| Date of Sale/Time | | s03/17;c02/17 | 0 | s08/17;c07/17 | 0 | c08/17 | 0 |
| Location | N;Res. | A;Res;BusRd | +50,000 | A;Res;TRAFF NOISE | +50,000 | N;Res | 0 |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 36800 sf | 1.57 ac | -474,000 | 28183 sf | +129,255 | 1.31 ac | -303,954 |
| View | B;Res;VALLEY | N;Res; | 0 | N;Res; | 0 | N;Res; | 0 |
| Design (Style) | DT2.00;HIGH RANCH | DT2.00;HIGH RANCH | | DT1.00;RANCH | | DT2.00;HIGH RANCH | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 1 | 11 | 0 | 58 | 0 | 0 | 0 |
| Condition | C2 | C2 | | C3 | +50,000 | C1 | -50,000 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 11 / 5 / 6.1 | 12 / 5 / 5.1 | +10,000 | 8 / 4 / 3.2 | +25,000 | 11 / 5 / 5.1 | +10,000 |
| Gross Living Area | 7,033 sq. ft. | 5,460 sq. ft. | +236,000 | 4,019 sq. ft. | +452,100 | 5,027 sq. ft. | +301,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | None | NONE | | NONE | | NONE | |
| Garage/Carport | 3ga3dw | 4ga4dw | -10,000 | 3ga3dw | | 4ga4dw | -10,000 |
| Porch/Patio/Deck | Patio | PATIO | | PATIO | | PATIO | |
| Fireplaces | 3 Fireplaces | 4 Fireplaces | 0 | 2 Fireplaces | 0 | 2 Fireplaces | 0 |
| Pool | POOL | POOL | | POOL | | NO POOL | +30,000 |
| ORIG LP | | $6,998,000 | 0 | $7,400,000 | 0 | $5,800,000 | 0 |
| Net Adjustment (Total) | | + X - | $ -188,000 | X + - | $ 706,355 | + X - | $ -22,954 |
| Adjusted Sale Price of Comparables | | Net Adj: -3% Gross Adj: 11% | $ 6,612,000 | Net Adj: 16% Gross Adj: 16% | $ 5,131,355 | Net Adj: 0% Gross Adj: 12% | $ 5,777,046 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | REAL QUEST | REAL QUEST | REAL QUEST | REAL QUEST |
| Effective Date of Data Source(s) | 09/01/2017 | 09/01/2017 | 09/01/2017 | 09/01/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach COMP 4 IS ADJUSTED FOR INFERIOR LOCATION AS IT IS ON A FAIRLY BUSY 2 LANE FEEDER AND TRAFFIC NOISE NOTED/SUPERIOR LOT SIZE/INFERIOR BATH COUNT/INFERIOR GLA/SUPERIOR CAR STORAGE. COMP 5 IS ADJUSTED FOR INFERIOR LOCATION AS IT IS IN CLOSE PROXIMITY TO HIGHWAY 9 AND TRAFFIC NOISE NOTED/INFERIOR LOT SIZE/INFERIOR CONDITION AS IT IS OLDER AND LACKS THE SUBJECT'S LEVEL OF UPGRADING/INFERIOR BATH COUNT/INFERIOR GLA. MINIMAL LISTINGS/PENDINGS AVAIL IN SUBJECT'S MARKET AREA AS INVENTORY IS LOW. COMP 6 IS A PENDING SALE THAT IS ADJUSTED FOR SUPERIOR NEVER LIVED IN C1 CONDITION/SUPERIOR LOT SIZE/INFERIOR GLA.

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | +(-) $ Adjustment | COMPARABLE SALE # 8 | +(-) $ Adjustment | COMPARABLE SALE # 9 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 22000 DORSEY WAY SARATOGA, CA 95070-5336 | 19880 ROBIN WY SARATOGA, CA 95070 | | | | | |
| Proximity to Subject | | 1.34 miles SE | | | | | |
| Sale Price | $ | $ 6,999,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 999.57 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLS# 81647044;DOM 140 | | | | | |
| Verification Source(s) | | LISTING | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Listing | 0 | | | | |
| Concessions | | None;0 | 0 | | | | |
| Date of Sale/Time | | Active | 0 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | | | | |
| Site | 36800 sf | 35000 sf | 0 | | | | |
| View | B;Res;VALLEY | N;Res; | 0 | | | | |
| Design (Style) | DT2.00;HIGH RANCH | DT1.00;RANCH | 0 | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 1 | 15 | 0 | | | | |
| Condition | C2 | C2 | | | | | |
| Above Grade | Total 11 Bdrms. 5 Baths 6.1 | Total 11 Bdrms. 5 Baths 6.1 | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Gross Living Area | 7,033 sq. ft. | 7,002 sq. ft. | 0 | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | None | NONE | | | | | |
| Garage/Carport | 3ga3dw | 3ga3dw | | | | | |
| Porch/Patio/Deck | Patio | PATIO | | | | | |
| Fireplaces | 3 Fireplaces | 4 Fireplaces | 0 | | | | |
| Pool | POOL | POOL | | | | | |
| ORIG LP | | $7,699,888 | 0 | | | | |
| Net Adjustment (Total) | | + - $ 0 | | + - $ | | + - $ | |
| Adjusted Sale Price of Comparables | | Net Adj: 0% Gross Adj: 0% $ 6,999,000 | | Net Adj: 0% Gross Adj: 0% $ | | Net Adj: 0% Gross Adj: 0% $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 7 | COMPARABLE SALE # 8 | COMPARABLE SALE # 9 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | REAL QUEST | REAL QUEST | | |
| Effective Date of Data Source(s) | 09/01/2017 | 09/01/2017 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach COMP 6 IS A CURRENT LISTING

I have knowledge and experience in appraising this type of property in this market area and I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records, and other such data sources for the area in which the property is located.

I have prepared this appraisal in full compliance with the Frank-Dodd Act and has not performed, participated in, or been associated with any activity in violation of the Act.

In compliance with the Ethics Rule of USPAP, I certify that I did perform an appraisal on this property 03/17/2017. I was randomly selected for a registered AMC and I have no interest in the property.

I have knowledge and experience in appraising this type of property in this market area and I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records, and other such data sources for the area in which the property is located.

I have prepared this appraisal in full compliance with the Home Valuation Code of Conduct and has not performed, participated in, or been associated with any activity in violation of the Code.

Adequate utilities available and in service at the time of inspection

Taking into consideration the comparable market data, the developed opinion of reasonable Exposure Time for the Subject property based upon the value conclusion and in terms of financial arrangements equivalent to cash is an estimated 15 to 180 Days.

CARBON MONOXIDE DETECTOR AND SMOKE ALARMS WERE IN PLACE ON DAY OF INSPECTION AND WERE FULLY OPERATIONAL. HOT WATER HEATER IS DOUBLE STRAPPED AND WAS AFFIXED TO CODE.

This report was developed in adherence to the lenders Appraiser Independence Requirements. THIS APPRAISAL ASSIGNMENT WAS CARRIED OUT WITHOUT UNDUE INFLUENCE FROM ANY PARTY TO THE TRANSACTION.

THERE IS AN OVER 10% DIFFERENCE BETWEEN THE PREDOMINANT VALUE FOR MLS AREA 17 AND THE SUBJECT'S VALUE THIS IS BECAUSE SUBJECT'S MLS AREA 17 IS A WIDE GEOGRAPHIC AREA ENCOMPASSING CITY OF SARATOGA. A LARGER GEOGRAPHIC AREA. SUBJECT IS NOT AN UNDER IMPROVEMENT FOR IMMEDIATE SARATOGA HEIGHTS NEIGHBORHOOD. THIS HAS MINIMAL EFFECT ON MARKETABILITY.

THE SUBJECT IS AN EXISTING PROPERTY AND MAY HAVE BEEN APPRAISED BY OTHER APPRAISERS IN THE PAST. THE COMPARABLE SALES USED IN THIS REPORT MAY HAVE BEEN DESCRIBED DIFFERENTLY FROM APPRAISER TO APPRAISER IN TERMS OF QUALITY, CONDITION, AGE, LOCATION, VIEW, SIZE AND OTHER ELEMENTS. THE APPRAISER HAS NO KNOWLEDGE OF ANY OTHER APPRAISERS BODY OF WORK NOR ARE THEY PRIVY TO ANY PEER AND MODEL ADJUSTMENTS AND CANNOT SPEAK TO ANY DISCREPANCIES OUTLINED IN THE FANNIE MAE/FREDDIE CU SCORE SYSTEMS WARNING(S) REGARDING THE WORK PERFORMED BY OTHER APPRAISERS "PEERS" OR A STATISTICAL MODEL. MATERIALLY DIFFERENT ITEMS BETWEEN THE SUBJECT AND THE COMPARABLES HAVE BEEN ADJUSTED FOR ACCORDINGLY BASED ON MARKET REACTION AND MATERIALLY DIFFERENT ITEMS NOT ADJUSTED FOR HAVE NO MARKET VALUE IMPACT. THE DATA EXPRESSED HEREIN FOR ALL OF THE COMPARABLES IS CONSIDERED TO BE THE MOST APPLICABLE AND ACCURATE FOR THIS PARTICULAR ASSIGNMENT IN AN EFFORT TO PROVIDE THE UTMOST TRANSPARENCY WHEN COMPARING THE SUBJECT TO THE COMPARABLES



UPPER LEVEL

22.0'

12.0'

10.0' 4.0'
1.0' 4.0'
3.0'
4.0'

50.0' 4.0'

16.0' bedrm/
4.0' bathrm

MASTER
BEDRM/

13.0'
30.0' 8.5'

wet bar

54.0'

LOWER LEVEL

12.5'

her full bath/

bedrm/bathrm/bedr

3.0'

his full bath

.5 bathrm

family area

62.0'

25.0' 36.0'

bedrm/bathrm

kitchen

THEATER ROOM    GYM

3 CAR GARAGE

35.0'      35.0'

living rm

5.0'
4.0'    19.0'

8.0' 21.0'

51.0'

BATHRM

L/R

25.0'

25.0'

59.0'

MUD ROOM/

SKETCH IS AN ESTIMATE

REC ROOM        EE

8.0'    36.5'

25.0'

SKETCH CALCULATIONS

| | Perimeter | Area |
|---|---|---|
| A1 : 0.5 x 61.7x0.3 = | | 7.7 |
| A2 : 0.5(61.3 + 25.0)x0.3 = | | 10.8 |
| A3 : 0.5 x 0.2x50.6 = | | 6.3 |
| A4 : 0.5 x 0.2x50.5 = | | 5.4 |
| A5 : 61.3 x 50.5 = | | 3094.9 |
| A6 : 0.5 x 0.0x8.0 = | | 0.1 |
| A7 : 25.0 x 8.0 = | | 200.0 |
| Attached Garage | | 0.0 |
| First Floor | | 3325.2 |
| A9 : 0.5 x 21.8x0.3 = | | 2.7 |
| A10 : 12.0 x 4.0 = | | 48.0 |
| A11 : 24.0 x 3.0 = | | 72.0 |
| A12 : 25.0 x 4.0 = | | 100.0 |
| A13 : 26.0 x 6.0 = | | 156.0 |
| A14 : 25.0 x 8.0 = | | 200.0 |
| A15 : 46.0 x 5.0 = | | 230.0 |
| A16 : 0.5 x 0.1x15.8 = | | 0.6 |
| A17 : 0.5 x 0.3x15.8 = | | 2.0 |
| A18 : 21.5 x 15.8 = | | 338.6 |
| A19 : 0.5 x 0.0x8.5 = | | 0.2 |
| A20 : 25.6 x 8.5 = | | 217.4 |
| A21 : 0.5 x 0.0x6.5 = | | 0.1 |
| A22 : 81.6 x 6.5 = | | 530.5 |
| A23 : 0.5 x 0.1x23.0 = | | 1.2 |
| A24 : 78.6 x 23.0 = | | 1808.6 |
| Second Floor | | 3708.1 |
| Total Living Area | | 7033.3 |
| A25 : 25.0 x 35.0 = | | 875.0 |





▶ Print                           ▶ Email Reports                              ▶ Export Reports

Property Detail Report
For Property Located At :
22000 DORSEY WAY, SARATOGA, CA 95070-5336



### Owner Information
| | |
|---|---|
| Owner Name: | BELCHER GREGORY |
| Mailing Address: | 22000 DORSEY WAY, SARATOGA CA 95070-5336 C012 |
| Vesting Codes: | UM / / |

### Location Information
| | | | |
|---|---|---|---|
| Legal Description: | TRACT 3729 TERRA LADERA BOOK 186 PAGE 41 PAGE 42 LOT 7 | | |
| County: | SANTA CLARA, CA | APN: | 503-29-060 |
| Census Tract / Block: | 5078.00 / 4 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | TERRA LADERA |
| Legal Book/Page: | | Map Reference: | 64-E6 / |
| Legal Lot: | 7 | Tract #: | 3729 |
| Legal Block: | | School District: | LOS GATOS-UN |
| Market Area: | 17 | School District Name: | |
| Neighbor Code: | | Munic/Township: | SARATOGA CITY |

### Owner Transfer Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

### Last Market Sale Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 09/26/2005 / 09/13/2005 | 1st Mtg Amount/Type: | $1,700,000 / CONV |
| Sale Price: | $2,500,000 | 1st Mtg Int. Rate/Type: | 6.88 / ADJ |
| Sale Type: | FULL | 1st Mtg Document #: | 18585756 |
| Document #: | 18585756 | 2nd Mtg Amount/Type: | $300,000 / CONV |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate/Type: | / FIXED |
| Transfer Document #: | | Price Per SqFt: | $731.42 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | FIDELITY NATIONAL TITLE INSURA | | |
| Lender: | AEGIS WHOLESALE CORP | | |
| Seller Name: | KOEN PHILIP J JR & PEGGY A | | |

### Prior Sale Information
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 12/12/1996 / | Prior Lender: | NATIONBANC MTG |
| Prior Sale Price: | $961,500 | Prior 1st Mtg Amt/Type: | $600,000 / CONV |
| Prior Doc Number: | 13550564 | Prior 1st Mtg Rate/Type: | / ADJ |
| Prior Deed Type: | GRANT DEED | | |

### Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 3,418 | Parking Type: | GARAGE | Construction: | WOOD |
| Living Area: | 3,418 | Garage Area: | 667 | Heat Type: | HEATED |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | NONE |
| Total Rooms: | 10 | Basement Area: | | Patio Type: | NONE |
| Bedrooms: | 3 | Finish Barred Area: | | Pool: | POOL & JACUZZI |
| Bath(F/H): | 3 / | Basement Type: | | Air Cond: | |
| Year Built / Eff: | 1969 / 1969 | Roof Type: | | Style: | L-SHAPE |
| Fireplace: | Y / 1 | Foundation: | | Quality: | GOOD |
| # of Stories: | 2.00 | Roof Material: | | Condition: | AVERAGE |
| Other Improvements: | LAUNDRY ROOM,PATIO Building Permit | | | | |

### Site Information
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | R140 | Acres: | 0.84 | County Use: | RESID SINGLE FAMILY (01) |
| Lot Area: | 36,800 | Lot Width/Depth: | 160 x 230 | State Use: | |
| Land Use: | SFR | Res/Comm Units: | / | Water Type: | |
| Site Influence: | | | | Sewer Type: | |

### Tax Information
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $3,050,933 | Assessed Year: | 2016 | Property Tax: | $36,904.52 |
| Land Value: | $2,077,933 | Improved %: | 32% | Tax Area: | 15013 |
| Improvement Value: | $973,000 | Tax Year: | 2016 | Tax Exemption: | |
| Total Taxable Value: | $3,050,933 | | | | |

▶ Print                           ▶ Email Reports                              ▶ Export Reports

▶ Print             ▶ Email Reports             ▶ Export Reports

## Street Map Plus Report
For Property Located At



### 22000 DORSEY WAY, SARATOGA, CA 95070-5336



▶ View Map Help       Disclaimer | Bing Maps Terms of Use | Microsoft Privacy

▶ Print             ▶ Email Reports             ▶ Export Reports



FRONT OF
SUBJECT PROPERTY
22000 DORSEY WAY
SARATOGA, CA 95070-5336



REAR OF
SUBJECT PROPERTY



STREET SCENE



EXTRA FRONT



REC ROOM



BATHROOM



THEATER ROOM



GYM



DOUBLE STRAPPED HOT WATER



VALLEY VIEWS FROM ROOF TOP PATIO



LIVING ROOM



KITCHEN



BEDROOM



BATHROOM



BEDROOM



BATHROOM



HALF BATHROOM



BEDROOM



BEDROOM



BEDROOM



MASTER BEDROOM



HER MASTER BATHROOM



HIS MASTER BATHROOM



COMBO CO/SMOKE DETECTOR



FAMILY ROOM



INGROUND POOL



FRONT VIEWS



**COMPARABLE SALE #** 1
21345 SARATOGA HILLS
SARATOGA, CA 95070



**COMPARABLE SALE #** 2
21343 SARAHILLS DR
SARATOGA, CA 95070



**COMPARABLE SALE #** 3
14966 SOBEY RD
SARATOGA, CA 95070



**COMPARABLE SALE #** 4
15288 QUITO RD
SARATOGA, CA 95070



**COMPARABLE SALE #** 5
14920 FARWELL AVE
SARATOGA, CA 95070



**COMPARABLE SALE #** 6
13155 PARAMOUNT CT
SARATOGA, CA 95070



COMPARABLE SALE #     8

COMPARABLE SALE #     9

## Condition Ratings and Definitions

### C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

**Note:** Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

**Note:** The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**Note:** The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**Note:** The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability are somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**Note:** Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Note:** Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

## Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

## Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

## Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

## Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

# Requirements - Definitions of Not Updated, Updated and Remodeled

## Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

## Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing compone meet existing market expectations. Updates do not include significant alterations to the existing structure.

## Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

## Example:

3.2 indicates three full baths and two half baths.

| | | |
|---|---|---|
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sales or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c. | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garages | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Desing (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sales or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |



Business, Consumer Services & Housing Agency

**BUREAU OF REAL ESTATE APPRAISERS**
**REAL ESTATE APPRAISER LICENSE**

**Elizabeth F. Channing**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 026567

Effective Date:     February 24, 2017
Date Expires:     February 23, 2019

Jim Martin, Bureau Chief, BREA

3833444

# LEXINGTON INSURANCE COMPANY

## WILMINGTON, DELAWARE

Administrative Offices · 99 High Street, Floor 23, Boston, Massachusetts 02110-23110

| | |
|---|---|
| Certificate Number: | 018390668-04 |
| This Certificate forms a part of Master Policy Number: | 018389876-04 |
| Renewal of Master Policy Number : | 018389876-03 |

**YOUR RISK PURCHASING GROUP MASTER POLICY IS A CLAIMS MADE POLICY.
READ THE ATTACHED MASTER POLICY CAREFULLY**

## THE AMERICAN ACADEMY OF STATE CERTIFIED APPRAISERS

### CERTIFICATE DECLARATIONS

1. Name and Address of Certificate Holder:

   Channing Appraisal/
   Chartwell Enterprises, Inc. t/a
   PO Box 1464
   Monte Sereno      CA      95030

2. Certificate Period:    Effective Date:    11/28/16    to Expiration Date:    11/28/17

   12:01 a.m. Local Time at the Address of the Insured.

2a. Retroactive Date:    11/28/05

   12:01 a.m. Local Time at the Address of the Insured.

3. Limit of Liability:    $   1,000,000 each claim
                 $   1,000,000 aggregate limit

4. Deductible:    $5,000 each claim

5. Professional Covered Services insured by this policy are:   REAL ESTATE APPRAISAL SERVICES

6. Advance Certificate Holder Premium:    $    785

7. Minimum Earned Premium:   25% or    $    196

**Forms and Endorsements:**

PRG 3512 (12/15) Real Estate Appraisers Professional Liability Coverage Form, PRG 2078 (03/16) Addendum to the Declarations, PRG 3935 (2/16) Premises Liability Coverage Amendatory Endorsement, 89644 (6/13) Economic Sanctions Endorsement, 91222 (09/16) Policyholder Notice, 118477 (03/15) Policyholder Notice, PRG 3150 (10/05) Real Estate Appraisers Professional Liability Insurance Declarations

**Additional Endorsements applicable to this Certificate only:**
None

**Agency Name and Address:**

         INTERCORP, INC.
         1438-F West Main Street
         Ephrata, PA 17522-1345

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE CERTIFICATE HOLDER AGREES TO ALL TERMS AND CONDITIONS AS SET FORTH IN THE ATTACHED MASTER POLICY.

THIS POLICY IS ISSUED BY YOUR RISK PURCHASING GROUP INSURER WHICH MAY NOT BE SUBJECT TO ALL OF THE INSURANCE LAWS AND REGULATIONS OF YOUR STATE. STATE INSURANCE INSOLVENCY GUARANTY FUNDS ARE NOT AVAILABLE FOR YOUR RISK PURCHASING GROUP INSURER.

*Allen S Barry IV*

                 County: Santa Clara

Authorized Representative OR
Countersignature (in states where applicable)

                 Date: October 18, 2016