**The Knight Law Group**
Noel Knight SBN #223821
800 J Street, Suite 441
Sacramento, CA 95814
Telephone: (510) 435-9210
Facsimile: (510) 281-6889
Email: lawknight@theknightlawgroup.com

Attorney for Debtor…Gregory Lamont Belcher

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| In re | ) Case No. 15-50909-MEH-11 |
| GRGEORY LAMONT BELCHER, | ) |
| Debtor and Debtor-in-Possession. | ) **EXHIBITS FOR U.S. TRUSTEE** |
|  | ) **APPLICATION TO EMPLOY** |

Attached hereto is the following Exhibit submitted to the US Trustee…

## EXHIBITS

1. **LICENSE OF RAMIN BIHALA**

2. **LICENSE OF GREGORY QUILTY**

3. **EXECUTIVE SUMMARY - SALES POSTURE OF 22000 DORSEY WAY**

1



# State of California

## Bureau of Real Estate

# Real Estate Officer License

Raminder Bihala

Sierra Nevada Investing Group Inc

*Corporation Identification Number:* **01830296**  *Expires:* **April 11, 2020**

**MAIN OFFICE ADDRESS**
1307 FRANKLIN RD
YUBA CITY, CA 95993

**FICTITIOUS BUSINESS NAME**
• COLDWELL BANKER COMMERCIAL VALLEY BROKERS

*Real Estate Commissioner*

*Officer Identification Number:* **01298693**  *Issued:* **May 19, 2016**  *Expires:* **April 11, 2020**

Case: 18-50909   Doc# 65   Filed: 06/25/18   Entered: 06/25/18 10:25:42   Page 2 of 4



# State of California

## Bureau of Real Estate

# Real Estate Salesperson License

Gregory Blaine Quilty

**BROKER AFFILIATION**

SIERRA NEVADA INVESTING GROUP
INC
1307 FRANKLIN RD
YUBA CITY, CA 95993

*Real Estate Commissioner*

*Identification Number:* **01485096**    *Issued:* **March 22, 2017**    *Expires:* **March 21, 2021**

**COLDWELL BANKER COMMERCIAL-VALLEY BROKERS**

California Department of Real Estate Corporate License #01830296
1307 FRANKLIN ROAD
YUBA CITY CA 95993
BUS (530) 673-6614
FAX (530) 673-6614

**COLDWELL BANKER COMMERCIAL**

June 17, 2018

Hon. Judge Elaine M. Hammond
Trevor Fehr, Esq. Office of the U.S. Trustee
Gregory Lamont Belcher
Property: 22000 Dorsey Way
Saratoga, CA 95070

Re: Real Property Disposition Services

Please find Coldwell Banker Commercial - Valley Brokers submittal of a Residential Listing
Agreement for engagement of our Real Estate Broker Professional Services for the
disposition of your residence at 22000 Dorsey Way, Saratoga, CA 95070. Based on the
review of the recent appraisal and current marketing trends we suggest a list price of
$5,400,000 (Five Million Four Hundred Thousand Dollars).

We have personal real estate experiences of over 33 years and have represented thousands
of clients in their real estate sales transactions in California many of which have been multi-
million dollar transactions. We have previous experience in listing and selling properties
for court appointed trustees. Ramin Bihala and his team partner Greg Quilty are licensed
Real Estate Brokers and agents with the State of California. Ramin and Greg have over 20
and 13 years of real estate experience. Ramin has been an owner of this Coldwell Banker
Franchise for over 8 years. Ramin and Greg are familiar with all types of real estate
transactions including residential, apartments, retail, office, industrial and special assets.

Our marketing efforts will be by various methods. The property will not only be showcased
in the market area MLS system, it will be placed into broker paid internet marketing sites
nationally. We will offer as many open houses that can fit the schedule of the homeowner as
well to maximize exposure. The property will be given full exposure to further enhance the
timeline and viability of being sold within reasonable time. At the current timelines for
inventory on the market we can expect to have the property sold via close of escrow within
an approximate 6 months. Being summer and the current market we also would not be
surprised to close within as little at 90 days either.

We appreciate the opportunity to assist you with the disposition of your property.

Sincerely,

Ramin Bihala
Broker-Owner
Coldwell Banker Commercial-Valley Brokers