**Noel Knight SBN #223821**
**Law Offices of Noel Knight**
800 J Street, Suite 441
Sacramento, CA 95814
Telephone: (510) 435-9210
Facsimile: (510) 281-6889
Email: lawknight@theknightlawgroup.com

Attorney for Debtor…Gregory Lamont Belcher

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GREGORY LAMONT BELCHER<br><br>    Debtor and Debtor-in-Possession. | ) Case No. 18-50909-MEH-11<br>)<br>) **FURTHER DECLARATION OF**<br>) **RAMINDER BIHALA IN SUPPORT**<br>) **OF COMMISSION STRUCTURE**<br>) **FOR THE SALE OF 22000 DORSEY**<br>) **WAY, SARATOGA**<br>)<br>) **NEXT STATUS CONFERENCE:**<br>)<br>) **JULY 12, 2018, 10:30 a.m.**<br>)<br>) |

    I, Raminder Bihala, declare and state as follows:

    1.    I am over the age of eighteen. The matters stated below are true of my own personal knowledge, except for those matters stated on information and belief, which I am informed and believe to be true.

    2.    I have been licensed as a Real Estate Broker by the California Bureau of Real Estate since **February 2005**  My Real Estate Broker license number is **01298683**; a true and correct copy of my license information is attached as Exhibit A.

    3.    I am employed at the firm of Coldwell Banker as a Real Estate Broker and I have extensive experience with sales and leasing of high end properties in the general northern California area; a true copy of my resume is attached as Exhibit B.

1

4. I have agreed to act as real estate broker on behalf of the Debtor and the estate with respect to the sale of the property located at 22000 Dorsey Way, Saratoga, California ("Dorsey Way").

**NOTE**: Subject to Court approval, the planned commission structure for Dorsey Way is:

    a. 6% of the gross sale amount for the property, divided as follows;
    b. 3% to my office at Coldwell Banker, Yuba City;
    c. 3% to the Buyer's agent who as of yet is t-b-d.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on June 26, 2018 in Yuba City, California

                                                RAMINDER BIHALA OF COLDWELL BANKER