The following constitutes
the order of the court. Signed July 12, 2018

*M. Elaine Hammond*
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

GREGORY LAMONT BELCHER,

                Debtor.

)  Case No. 18-50909 MEH
)
)  Chapter 11
)
)
)  Date:  07/12/18
)  Time:  10:30 a.m.
)  Ctrm:  3020
)
)

## ORDER EXTENDING STAY

    The above-captioned matter came on for a status conference hearing on July 12, 2018 at 10:30 a.m. in Courtroom 3020. Noel Knight appeared on behalf of debtor, Gregory Lamont Belcher, who was present. Reno F. R. Fernandez appeared telephonically on behalf of creditor, Dakota Note, LLC. Trevor Fehr appeared on behalf of the U.S. Trustee.

    Upon oral motion made by debtor's counsel at the hearing, it is ORDERED that the automatic stay is extended to August 30, 2018 or until further order of the court.

**END OF ORDER**

**COURT SERVICE LIST**

All ECF Recipients