B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## __Northern__ District of __California__

In re __Gregory Lamont Belcher__   Case No. __18-50909-MEH -11__

Debtor

Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of _____ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Gregory L Belcher, MD | | |
| Ivy League Consultants, LLC | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

**THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.**

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                    2

Date: _____

                                                                                        _____
                                                                                        Signature of Authorized Individual

                                                                                       _____
                                                                                       Name of Authorized Individual

                                                                                       _____
                                                                                       Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

                                                        Signature(s) of Debtor(s) (Individual/Joint)

                                                                                       */s/ [signature]*
                                                                                       Signature of Debtor

                                                                                       Signature of Joint Debtor

07/26/2018

## Exhibit A
1. Valuation Estimate for Gregory L Belcher, M.D.

2. Valuation Estimate for Ivy League Consultants, LLC

1. The 6 month average deposit/income based on bank statements is approximately $9000 per month

2. The 6 month average deposit/income based on bank statements is $2000 per month

## Exhibit B

1. Wells Fargo Bank Account #1 754538442
2. Wells Fargo DIP Bank Account #2 8889782259
3. US Bank Account 157514000973

## Exhibit C

Gregory L Belcher, M.D. Orthopedic Surgery practice; in office consultations and follow-up office visits

Ivy League Consultants, LLC; Consultant for Skilled Nursing Facilities; currently consult for Rehab Center in Cupertino, California at $2000 per month.