# Wells Fargo Opportunity Checking℠



GREGORY L BELCHER
555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/27 | $1.79 |
| Deposits/Additions | 1,659.12 |
| Withdrawals/Subtractions | - 1,270.13 |
| Ending balance on 4/25 | $390.78 |

Account number: **7547538442**

**GREGORY L BELCHER**

California account terms and conditions apply

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Case: 18-50909   Doc# 81-1   Filed: 08/24/18   Entered: 08/24/18 10:06:11   Page 1 of 12



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | Noridian N. CA Hcclaimpmt 180327 1598874422 Tm*1*892574766*1450173185-- | 95.97 | | 97.76 |
| 3/30 | | Purchase authorized on 03/30 Shell Service Station San Jose CA P00468089825604624 Card 0926 | | 27.93 | |
| 3/30 | | Purchase authorized on 03/30 Shell Service Station San Jose CA P00308089826112093 Card 0926 | | 1.49 | 68.34 |
| 4/2 | | Noridian N. CA Hcclaimpmt 180329 1598874422 Tm*1*892587117*1450173185-- | 95.97 | | |
| 4/2 | | Purchase authorized on 03/29 Subway 0038 Los Gatos CA S30808510465504 Card 0926 | | 16.07 | |
| 4/2 | | Purchase authorized on 03/29 Subway 0038 Los Gatos CA S30808511449921 Card 0926 | | 5.67 | |
| 4/2 | | Purchase authorized on 03/30 Abm Parking San Jo San Jose CA S30808735735227 Card 0926 | | 4.00 | |
| 4/2 | | Purchase authorized on 03/30 Blast Brew 133 Cupertino CA S468089756677476 Card 0926 | | 13.58 | |
| 4/2 | | Purchase authorized on 03/31 McDonald's F32554 Saratoga CA S308090610424324 Card 0926 | | 6.63 | |
| 4/2 | | Purchase authorized on 03/31 Apl* Itunes.Com/Bi 866-712-7753 CA S468091238046230 Card 0926 | | 4.99 | |
| 4/2 | | Purchase authorized on 03/31 Walgreens Store 423 N San Los Gatos CA P00588091245021021 Card 0926 | | 22.88 | |
| 4/2 | | Purchase authorized on 04/02 Safeway Store 0919 Saratoga CA P00308092832931848 Card 0926 | | 23.71 | |
| 4/2 | | Fdgl Lease Pymt 180402 052-1072621-000 Gregory L Belcher MD | | 36.99 | 29.79 |
| 4/3 | | Noridian N. CA Hcclaimpmt 180330 1598874422 Tm*1*892592773*1450173185-- | 128.42 | | |
| 4/3 | | Purchase authorized on 04/02 Dropbox*Yt73Pyjy18 Dropbox.Com CA S588092669715548 Card 0926 | | 9.99 | 148.22 |
| 4/6 | | Purchase authorized on 04/05 Wvc Parking Saratoga CA S588096065636112 Card 0926 | | 3.00 | 145.22 |
| 4/9 | | Purchase authorized on 04/05 Chipotle 0211 Cupertino CA S308095743796852 Card 0926 | | 4.80 | |
| 4/9 | | Purchase authorized on 04/05 Five Guys CA 1533 San Jose CA S388095804316774 Card 0926 | | 9.26 | |
| 4/9 | | Purchase authorized on 04/05 Chipotle 1241 Saratoga CA S588095811248244 Card 0926 | | 7.48 | |
| 4/9 | | Purchase authorized on 04/05 Chipotle 1241 Saratoga CA S388095811577347 Card 0926 | | 1.69 | |
| 4/9 | | Purchase authorized on 04/06 McDonald's F4194 Los Gatos CA S388097007157866 Card 0926 | | 13.48 | |
| 4/9 | | Purchase authorized on 04/06 McDonald's F4194 Los Gatos CA S308097022797029 Card 0926 | | 3.70 | |
| 4/9 | | Purchase authorized on 04/06 McDonald's F4194 Los Gatos CA S468097024829000 Card 0926 | | 1.09 | |
| 4/9 | | Purchase authorized on 04/07 Apl* Itunes.Com/Bi 866-712-7753 CA S58809782785695 Card 0926 | | 4.99 | |
| 4/9 | | Non-WF ATM Withdrawal authorized on 04/08 *Pollard Road Los Gatos CA 0058809857442947 4 ATM ID Icad7490 Card 0926 | | 43.00 | |
| 4/9 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 53.23 |
| 4/10 | | Purchase authorized on 04/10 Cvs/Pharmacy #09 09834--1 Saratoga CA P00588100723985008 Card 0926 | | 15.22 | 38.01 |
| 4/11 | | Noridian N. CA Hcclaimpmt 180410 1598874422 Tm*1*892624234*1450173185-- | 95.97 | | 133.98 |
| 4/13 | | Edeposit IN Branch/Store 04/13/18 03:10:17 Pm 2099 S State College Blvd Anaheim CA 0926 | 374.00 | | |
| 4/13 | | Purchase authorized on 04/11 Apl* Itunes.Com/Bi 866-712-7753 CA S308101846243101 Card 0926 | | 32.93 | |
| 4/13 | | Recurring Payment authorized on 04/11 Rocket Lawyer US WWW.Rocketlaw CA S468102091752464 Card 0926 | | 39.95 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-----------|---------|
| 4/13 | | Purchase authorized on 04/11 McDonald's F1228 Fremont CA S588102184065171 Card 0926 | | 10.47 | |
| 4/13 | | Purchase authorized on 04/12 McDonald's F7605 King City CA S468102624219220 Card 0926 | | 30.13 | |
| 4/13 | | Purchase authorized on 04/12 McDonald's F7605 King City CA S308102630137390 Card 0926 | | 4.96 | |
| 4/13 | | Purchase authorized on 04/13 Target T- 12100 Harbor Garden Grove CA P00000000482135321 Card 0926 | | 12.46 | 377.08 |
| 4/16 | | ATM Check Deposit on 04/16 1730 Saratoga Ave San Jose CA 0003035 ATM ID 0502D Card 0926 | 115.40 | | |
| 4/16 | | ATM Check Deposit on 04/16 1730 Saratoga Ave San Jose CA 0003036 ATM ID 0502D Card 0926 | 57.82 | | |
| 4/16 | | Purchase authorized on 04/14 Ucla Selfserve Par Los Angeles CA S468104613253864 Card 0926 | | 20.00 | |
| 4/16 | | Purchase authorized on 04/14 Ucla Store Los Angeles CA S308104683559916 Card 0926 | | 7.77 | |
| 4/16 | | Purchase authorized on 04/14 Ucla Restaurants Los Angeles CA S588104767745161 Card 0926 | | 19.90 | |
| 4/16 | | Purchase authorized on 04/14 Sq *Masalacraft IN Anaheim CA S388104852268020 Card 0926 | | 36.05 | |
| 4/16 | | Purchase authorized on 04/14 Giftshophyattregen Garden Grove CA S468105002299698 Card 0926 | | 11.84 | |
| 4/16 | | Purchase authorized on 04/15 Labrea Valero Los Angeles CA P00308105652008988 Card 0926 | | 50.00 | |
| 4/16 | | Purchase authorized on 04/15 Walgreens Store 1802 S. H Anaheim CA P00588105701156220 Card 0926 | | 27.65 | |
| 4/16 | | Purchase authorized on 04/15 Chevron/Sancino Oil Cor Goleta CA P00588106159549850 Card 0926 | | 7.98 | 369.11 |
| 4/17 | | Purchase authorized on 04/15 Chevron 0092580 Goleta CA S388106158315447 Card 0926 | | 75.50 | |
| 4/17 | | Purchase authorized on 04/16 Safeway Store 0919 Saratoga CA P00388107209917113 Card 0926 | | 57.61 | 236.00 |
| 4/18 | | Purchase authorized on 04/18 Cvs/Pharm 03938--1496 Los Gatos CA P00000000170660283 Card 0926 | | 1.92 | 234.08 |
| 4/19 | | ATM Check Deposit on 04/19 14428 Big Basin Way Saratoga CA 0009130 ATM ID 0501D Card 0926 | 142.97 | | |
| 4/19 | | Purchase authorized on 04/18 Abacus Credit Coun 818-646-2859 CA S308109626840176 Card 0926 | | 25.00 | |
| 4/19 | | Purchase authorized on 04/18 76 - Ratra Enterpr Saratoga CA S388108681323925 Card 0926 | | 10.00 | |
| 4/19 | | Purchase authorized on 04/18 Bell Tower Bistro Saratoga CA S468108726714124 Card 0926 | | 37.70 | |
| 4/19 | | Purchase authorized on 04/18 Togos - Saratoga Saratoga CA S308108774522971 Card 0926 | | 9.65 | |
| 4/19 | | Purchase authorized on 04/18 Barnesnoble 5353 Almaden San Jose CA P00588109167614881 Card 0926 | | 28.39 | |
| 4/19 | | Purchase authorized on 04/19 The Original Falafels Dri San Jose CA P00588109754265243 Card 0926 | | 20.00 | 246.31 |
| 4/20 | | Purchase authorized on 04/19 Apl* Itunes.Com/Bi 866-712-7753 CA S308109661190809 Card 0926 | | 22.95 | |
| 4/20 | | Purchase with Cash Back $ 20.00 authorized on 04/20 Orchard Supply #280 San Jose CA P00468110677819812 Card 0926 | | 22.72 | 200.64 |
| 4/23 | | Purchase Return authorized on 04/22 Apl* Itunes.Com/Bi 866-712-7753 CA S628113542689630 Card 0926 | 4.99 | | |
| 4/23 | | Purchase Return authorized on 04/22 Apl* Itunes.Com/Bi 866-712-7753 CA S628113542689649 Card 0926 | 4.99 | | |
| 4/23 | | Purchase Return authorized on 04/22 Apl* Itunes.Com/Bi 866-712-7753 CA S628113542907197 Card 0926 | 22.95 | | |
| 4/23 | | Purchase Return authorized on 04/22 Apl* Itunes.Com/Bi 866-712-7753 CA S628113542689715 Card 0926 | 32.93 | | |
| 4/23 | | Recurring Payment authorized on 04/20 Bvd*Beenverified.C 888-5795910 NY S588110392644321 Card 0926 | | 22.86 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 4/23 | | Purchase authorized on 04/20 Chipotle 0211 Cupertino CA S308110831687421 Card 0926 | | 2.40 | |
| 4/23 | | Purchase authorized on 04/20 Baskin #360119 San Jose CA S388110837793677 Card 0926 | | 10.43 | |
| 4/23 | | Purchase authorized on 04/20 Apl* Itunes.Com/Bi 866-712-7753 CA S46811222650319 Card 0926 | | 31.94 | |
| 4/23 | | Purchase authorized on 04/21 Apl* Itunes.Com/Bi 866-712-7753 CA S308111645920217 Card 0926 | | 82.98 | |
| 4/23 | | Purchase authorized on 04/21 Apl* Itunes.Com/Bi 866-712-7753 CA S308111696825556 Card 0926 | | 49.99 | 65.90 |
| 4/24 | | NSF Return Item Fee for a Transaction Received on 04/23 $172.98 Dish Network Dish Ntwrk 042118 9911112214 Spa Belchor.Gregory | | 35.00 | |
| 4/24 | | Purchase Return authorized on 04/23 Apl* Itunes.Com/Bi 866-712-7753 CA S628114543170850 Card 0926 | 31.94 | | 62.84 |
| 4/25 | | Purchase Return authorized on 04/24 Apl* Itunes.Com/Bi 866-712-7753 CA S628115543448021 Card 0926 | 49.99 | | |
| 4/25 | | Purchase Return authorized on 04/24 Apl* Itunes.Com/Bi 866-712-7753 CA S628115543237471 Card 0926 | 82.98 | | |
| 4/25 | | Noridian N. CA Hcclaimpmt 180424 1598874422 Tm*1*892680571*1450173185~ | 321.83 | | |
| 4/25 | | Purchase authorized on 04/24 76 - Ratra Enterpr Saratoga CA S308114477313457 Card 0926 | | 20.01 | |
| 4/25 | | Purchase authorized on 04/25 U-Haul of Campb 1266 Whit Campbell CA P00388115603267850 Card 0926 | | 26.27 | |
| 4/25 | | Purchase authorized on 04/25 Safeway Store 0919 Saratoga CA P00588115729522420 Card 0926 | | 80.58 | 390.78 |
| Ending balance on 4/25 | | | | | 390.78 |
| **Totals** | | | **$1,659.12** | **$1,270.13** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Items returned unpaid

| Date | Description | | Amount |
|------|-------------|--|--------|
| 4/24 | Dish Network Dish Ntwrk 042118 9911112214 Spa Belchor,Gregory   Reference #   043000266287111 | | 172.98 |

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|--|------------------------------|----------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $35.00 | $105.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/27/2018 - 04/25/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|--------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $1.79 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $738.16 ☑ |

Case: 18-50909   Doc# 81-1   Filed: 08/24/18   Entered: 08/24/18 10:06:11   Page 8 of 12



---

**How to avoid the monthly service fee**

· Total number of posted Wells Fargo Debit Card purchases and/or payments

Minimum required
10

This fee period
55 ☑



# ✓ IMPORTANT ACCOUNT INFORMATION

The following addendum to the "Your account ownership" section of the Consumer Account Agreement under the question "What if an account owner or authorized signer is declared incompetent or dies?" is effective April 30, 2018:

We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

---

Important information about the Wells Fargo Rewards˙ Program Terms and Conditions for the Wells Fargo Propel American Express˙ Card. These changes are effective June 23, 2018. These changes do not impact the Wells Fargo Propel 365 American Express˙ Card or Wells Fargo Propel World American Express˙ Card.

You will no longer earn a relationship bonus on your Wells Fargo Propel American Express Card. If you own a Wells Fargo consumer checking, savings or Portfolio by Wells Fargo˙ account the last day you will earn your relationship bonus will be May 31, 2018. You will receive your last relationship bonus payout no later than June 24, 2018.

Points earned on this credit card account will not expire as long as this credit card account remains open.

---



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement. $ \_\_\_\_\_

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

+ $ \_\_\_\_\_

**C** Add **A** and **B** to calculate the subtotal.    = $ \_\_\_\_\_

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

- $ \_\_\_\_\_

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ \_\_\_\_\_

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.