

Account Number:
1 575 1400 0973
Statement Period:
May 1, 2018
through
May 31, 2018

Page 1 of 7

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

5610      IMG          S          Y      ST01



000021326 01 SP      106481604844498 E
IVY LEAGUE CONSULTANTS LLC
555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

☎                                    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                            1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

---

## NFORMATION YOU SHOULD KNOW

**Important Note:** Effective May 14th, 2018:

- The Overdraft Protection Transfer fee:
  - ➤ Will be removed on automated transfers from U.S. Bank Business Deposit Accounts linked as Overdraft Protection.
  - ➤ Will be $12.50 for each automated transfer from linked U.S. Bank Business Credit Card and Business Reserve Line Accounts and will be assessed to the business checking account.
- The Extended Overdraft Fee will change from $25.00 per week. If the available account balance remains negative for seven consecutive calendar days, a fee of $36.00 is charged on the eighth calendar day.
- The Business Reserve Line Annual fee of $20 will be eliminated going forward.

There is no fee assessed when you manually transfer funds between the Business Reserve Line and a business checking account. You can manually transfer funds through online banking, mobile banking, in the branch or through our telephone bankers.

These changes serve as updates to the *Business Pricing Information Brochure* and *Your Deposit Account Agreement*. For any questions, please visit your local branch or call 800.673.3555.

---

## ilLVER BUSINESS CHECKING                                    **Member FDIC**

.S. Bank National Association                         Account Number 1-575-1400-0973

### ccount Summary

|                          | # Items |    |           |
|--------------------------|---------|----|-----------|
| eginning Balance on May 1 |         | $  | 1,414.52  |
| ustomer Deposits          | 1       |    | 3,500.00  |
| ther Deposits             | 1       |    | 2,515.41  |
| ard Deposits              | 11      |    | 2,814.52  |
| ard Withdrawals           | 53      |    | 6,227.26- |
| ther Withdrawals          | 14      |    | 1,419.46- |
| hecks Paid                | 7       |    | 2,390.00- |
| **Ending Balance on May 31, 2018** | | **$** | **207.73** |

### ustomer Deposits

| lumber | Date  | Ref Number | Amount   |                          |    |          |
|--------|-------|------------|----------|--------------------------|----|----------|
|        | May 1 | 8359609264 | 3,500.00 |                          |    |          |
|        |       |            |          | **Total Customer Deposits** | **$** | **3,500.00** |

### ther Deposits

| )ate   | Description of Transaction |                     | Ref Number |    | Amount   |
|--------|----------------------------|---------------------|------------|----|----------|
| lay 23 | Electronic Deposit REF=181420055674830N00 | From Fidelity Annuity 9147414111FidInv EFT0123133168 |  | $ | 2,515.41 |
|        |                            | **Total Other Deposits** |        | **$** | **2,515.41** |



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

## Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

## Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.        $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $ _____

5. Total lines 3 and 4.        $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $ _____

7. Subtract line 6 from line 5. This is your balance.        $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days" after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank P.O. Box 64991 St. Paul, MN 5164-9505.

Tell us your name and account number.

Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What To Do If You Think You Find A Mistake on Your Statement

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

**Account information:** Your name and account number

**Dollar Amount:** The dollar amount of the suspected error

**Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

We cannot try to collect the amount in question, or report you as delinquent on that amount.

The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: CRA Management, P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC

LENDER

   

555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

Account Number:
1 575 1400 0973

Statement Period:
May 1, 2018
through
May 31, 2018

Page 2 of 7

## SILVER BUSINESS CHECKING        (CONTINUED)

S. Bank National Association

**Account Number 1-575-1400-0973**

### Card Deposits

Card Number: xxxx-xxxx-xxxx-1179

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 3 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 003969132307SUS4S739 | | S | 200.00 |
| May 7 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 004223152955SUS4S739 | | | 24.73 |
| May 7 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 004226155821SUS4S739 | | | 24.73 |
| May 7 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 004298131601SUS4S739 | | | 200.00 |
| May 10 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 004505062645SUS4S739 | | | 1,094.83 |
| May 14 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 004741125729SUS4S739 | | | 300.00 |
| May 14 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 004862104438SUS4S739 | | | 400.00 |
| May 17 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 005080165956SUS4S739 | | | 35.00 |
| May 18 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 005154153009SUS4S739 | | | 122.84 |
| May 23 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 005538163500SUS4S739 | | | 350.00 |
| May 25 | ATM Deposit | USB EL PASEO DE SAN JOSE CA<br>Serial No. 005674141834SUS4S739 | | | 62.39 |

|  | Card xxxx-xxxx-xxxx-1179 Deposit Subtotal | $ | 2,814.52 |
|---|---|---|---|
|  | **Total Card Deposits** | **$** | **2,814.52** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 24 | Fee | ATM Withdrawal At Other Network | 2400001170 | S | 2.50- |

Card Number: xxxx-xxxx-xxxx-7078

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 1 | Debit Purchase<br>151831<br>************7078 | SARATOGA SARATOGA CA<br>On 043018 MAESTERM REF 151831 | | S | 40.08- |
| May 2 | Debit Purchase - VISA<br>VITAMINSHOPPE652<br>************7078 | On 043018 SAN JOSE CA<br>REF # 24692168121100130407125 | 1100130407 | | 29.67- |
| May 2 | Debit Purchase - VISA<br>76 - RATRA ENTER<br>************7078 | On 050118 SARATOGA CA<br>REF # 24015178121000113843883 | 1000113843 | | 60.01- |
| May 7 | Debit Purchase<br>596082<br>************7078 | CHEVRON/PINEWOO SAN JOSE CA<br>On 050618 MAESTERM REF 596082 | | | 27.99- |
| May 7 | Debit Purchase<br>629571<br>************7078 | SAFEWAY SARATOGA CA<br>On 050518 ILNKILNK REF 812604629571 | 7105052328 | | 34.81- |
| May 7 | Debit Purchase<br>689519<br>************7078 | SAFEWAY SARATOGA CA<br>On 050718 ILK1TERM REF 812708689519 | 1905070340 | | 79.16- |
| May 11 | Debit Purchase<br>610417<br>************7078 | LUCKY #761.SAN SAN JOSE CA<br>On 051118 MAESTERM REF 610417 | | | 11.55- |



555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

Account Number:
1 575 1400 0973

Statement Period:
May 1, 2018
through
May 31, 2018

Page 3 of 7

## ;ILVER BUSINESS CHECKING

**(CONTINUED)**
**Account Number 1-575-1400-0973**

S. Bank National Association
:ard Withdrawals (continued)
:ard Number: xxxx-xxxx-xxxx-7078

| )ate | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| 1ay 11 | Debit Purchase 778713 ************7078 | SAFEWAY LOS GATOS CA On 051018 ILK1TERM REF 813104778713 | 1305102336 | 107.07- |
| 1ay 14 | Debit Purchase - VISA TACO BELL #28838 ************7078 | On 051118 SAN JOSE CA REF # 24431068132838002150894 | 2838002150 | 11.76- |
| 1ay 14 | Debit Purchase - VISA SQ *SARATOGA BAG ************7078 | On 051218 SARATOGA CA REF # 24492158132740245036754 | 2740245036 | 12.75- |
| 1ay 15 | Debit Purchase - VISA JACK IN THE BOX ************7078 | On 051418 FREMONT CA REF # 24692168134100022269919 | 4100022269 | 16.52- |
| 1ay 15 | Debit Purchase 550975 ************7078 | SAFEWAY SARATOGA CA On 051418 ILK1TERM REF 813501550975 | 7505142006 | 23.18- |
| 1ay 15 | Debit Purchase 820170 ************7078 | CVS/PHARMACY #09 Saratoga CA On 051418 ILNKILNK REF 813502820170 | 7005142144 | 47.45- |
| 1ay 16 | Debit Purchase 991796 ************7078 | VIKHAR VALERO CUPERTINO CA On 051618 ILK1TERM REF 813612991796 | 9605161104 | 10.00- |
| 1ay 17 | Debit Purchase - VISA MCDONALD'S F654 ************7078 | On 051618 SAN JOSE CA REF # 24427338136720034931153 | 6720034931 | 5.45- |
| 1ay 17 | Debit Purchase - VISA 76 - RATRA ENTER ************7078 | On 051618 SARATOGA CA REF # 24015178136003298982412 | 6003298982 | 10.00- |
| 1ay 17 | Debit Purchase - VISA 76 - RATRA ENTER ************7078 | On 051618 SARATOGA CA REF # 24015178136003298982420 | 6003298982 | 10.00- |
| 1ay 17 | Debit Purchase - VISA RUBIO'S #274 ************7078 | On 051618 SAN JOSE CA REF # 24231688137400487000383 | 7400487000 | 13.62- |
| 1ay 17 | Debit Purchase - VISA VEGGIE GRILL GTE ************7078 | On 051518 SAN JOSE CA REF # 24224438137101055840031 | 7101055840 | 17.37- |
| 1ay 23 | Debit Purchase 718783 ************7078 | VIKHAR VALERO CUPERTINO CA On 052318 ILK1TERM REF 814308718783 | 8305230708 | 25.02- |
| 1ay 23 | Debit Purchase 258655 ************7078 | SAFEWAY SARATOGA CA On 052218 ILNKILNK REF 814300258655 | 5505221920 | 46.46- |
| 1ay 24 | Debit Purchase - VISA MCDONALD'S F4194 ************7078 | On 052318 LOS GATOS CA REF # 24427338143720036593804 | 3720036593 | 9.24- |
| 1ay 24 | Debit Purchase 959623 ************7078 | VIKHAR VALERO CUPERTINO CA On 052318 ILNKILNK REF 814319959623 | 2305231854 | 20.01- |
| 1ay 24 | Debit Purchase 124157 ************7078 | SAFEWAY LOS GATOS CA On 052318 ILNKILNK REF 814311124157 | 5705230618 | 64.81- |
| 1ay 24 | ATM Withdrawal ************7078 | 14410 BIG BASIN SARATOGA CA Serial No. 492296134729PLUSTERM | | 123.00- |




555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

Account Number:
1 575 1400 0973

Statement Period:
May 1, 2018
through
May 31, 2018

Page 4 of 7



# SILVER BUSINESS CHECKING

**(CONTINUED)**
**Account Number 1-575-1400-0973**

U.S. Bank National Association

## Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-7078

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 25 | Debit Purchase 569421 ***********7078 | CHEVRON/PARK VAS CAMPBELL CA On 052518 ILK1TERM REF 814517569421 | 2105251601 | 20.00- |
| May 25 | Debit Purchase 422341 ***********7078 | CVS/PHARMACY #03 Los Gatos CA On 052518 ILK1TERM REF 814520422341 | 4105251549 | 41.56- |
| May 25 | Debit Purchase - VISA COURTS/USDC-CA-N ***********7078 | On 052418 SAN JOSE CA REF # 24240988144300594594761 | 4300594594 | 150.00- |
| May 29 | Debit Purchase - VISA BLOCK 8 PARKING ***********7078 | On 052418 SAN JOSE CA REF # 24760628145302201297854 | 5302201297 | 5.00- |
| May 29 | Debit Purchase - VISA CHIPOTLE 1241 ***********7078 | On 052518 SARATOGA CA REF # 24431068146200388400191 | 6200388400 | 9.18- |
| May 29 | Debit Purchase 240284 ***********7078 | 7-ELEVEN LOS GATOS CA On 052718 MAESTERM REF 240284 | | 13.77- |
| May 29 | Debit Purchase 213379 ***********7078 | SAFEWAY SARATOGA CA On 052618 ILK1TERM REF 814704213379 | 7905262330 | 14.47- |
| May 29 | Debit Purchase - VISA VEGGIE GRILL GTE ***********7078 | On 052518 SAN JOSE CA REF # 24224438147101063736021 | 7101063736 | 17.37- |
| May 29 | Debit Purchase - VISA 76 - RATRA ENTER ***********7078 | On 052818 SARATOGA CA REF # 24015178148005810767185 | 8005810767 | 20.01- |
| May 29 | Debit Purchase 102740 ***********7078 | CVS/PHARMACY #09 Saratoga CA On 052718 ILK1TERM REF 814716102740 | 4005271121 | 42.40- |
| May 29 | Debit Purchase 015682 ***********7078 | WM SUPERC Wal-Ma SAN JOSE CA On 052618 MAESTERM REF 015682 | | 95.37- |
| May 30 | Debit Purchase 235203 ***********7078 | CHEVRON/PARK VAS CAMPBELL CA On 053018 ILK1TERM REF 815014235203 | 0305301314 | 20.00- |

| | Card 7078 Withdrawals Subtotal | | $ | 1,306.11- |
|---|---|---|---|---|

Card Number: xxxx-xxxx-xxxx-1179

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 2 | Debit Purchase - VISA HERTZ RENT-A-CAR ***********1179 | On 050118 SAN JOSE CA REF # 24391218121613522789055 | 1613522789 | $ 3,435.57- |
| May 4 | Debit Purchase - VISA T P E INC-VALERO ***********1179 | On 050218 LOS GATOS CA REF # 24427338123120006115387 | 3120006115 | 30.04- |
| May 4 | Debit Purchase - VISA DISH NETWORK-ONE ***********1179 | On 050218 800-333-3474 CO REF # 24792628123696633845943 | 3696633845 | 172.98- |
| May 4 | Debit Purchase - VISA TEL-COM ***********1179 | On 050218 775-329-9345 NV REF # 24498138123030050250139 | 3030050250 | 500.00- |
| May 7 | Debit Purchase - VISA Dropbox*KMGT79J1 ***********1179 | On 050418 888-4468396 CA REF # 24906418124054499353 US1 | 4054499353 | 9.99- |



555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

Account Number:
1 575 1400 0973

Statement Period:
May 1, 2018
through
May 31, 2018

Page 5 of 7

## SILVER BUSINESS CHECKING      (CONTINUED)

U.S. Bank National Association

**Account Number 1-575-1400-0973**

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-1179

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 7 | Debit Purchase - VISA<br>ROUND TABLE PIZZ<br>*************1179 | On 050418 SARATOGA CA<br>REF # 24269798126600095343753 | 6600095343 | 27.58- |
| May 9 | Debit Purchase - VISA<br>76 - RATRA ENTER<br>*************1179 | On 050818 SARATOGA CA<br>REF # 24015178128001578812242 | 8001578812 | 20.00- |
| May 14 | Debit Purchase - VISA<br>JACK IN THE BOX<br>*************1179 | On 051118 SAN JOSE CA<br>REF # 24692168132100071475799 | 2100071475 | 22.28- |
| May 16 | Debit Purchase - VISA<br>BENDER'S LEGAL S<br>*************1179 | On 051418 408-286-4182 CA<br>REF # 24493988135200941600045 | 5200941600 | 100.00- |
| May 18 | Debit Purchase<br>446878<br>*************1179 | SARATOGA SARATOGA CA<br>On 051718 MAESTERM REF 446878 | | 31.47- |
| May 29 | Debit Purchase - VISA<br>APL* ITUNES.COM/<br>*************1179 | On 052618 866-712-7753 CA<br>REF # 24692168146100305068406 | 6100305068 | 0.99- |
| May 29 | Debit Purchase - VISA<br>APL* ITUNES.COM/<br>*************1179 | On 052618 866-712-7753 CA<br>REF # 24692168146100299448093 | 6100299448 | 0.99- |
| May 29 | Debit Purchase - VISA<br>APL* ITUNES.COM/<br>*************1179 | On 052618 866-712-7753 CA<br>REF # 24692168146100304824734 | 6100304824 | 12.99- |
| May 30 | Debit Purchase - VISA<br>VISTAPR*VistaPri<br>*************1179 | On 053018 866-8936743 MA<br>REF # 24692168150100976414890 | 0100976414 | 53.77- |
| May 31 | Debit Purchase - VISA<br>TEL-COM<br>*************1179 | On 052918 775-329-9345 NV<br>REF # 24498138150030046893931 | 0030046893 | 500.00- |

| | | | |
|---|---|---|---|
| | **Card 1179 Withdrawals Subtotal** | $ | 4,918.65- |
| | **Total Card Withdrawals** | $ | 6,227.26- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 2 | Electronic Withdrawal<br>REF=181210161791710N00 | To USAA.COM PAY EXT<br>USAA-PCBP P&C    9294276 | | $   581.14- |
| May 8 | Overdraft Paid Fee | | 8055105699 | 36.00- |
| May 10 | Overdraft Returned Fee | | | 36.00- |
| May 10 | Overdraft Returned Fee | | | 36.00- |
| May 10 | Overdraft Paid Fee | | 8001578812 | 36.00- |
| May 10 | Electronic Withdrawal<br>REF=181290084259660N00 | From PAYCHEX EIB<br>1161124166INVOICE   X76035400028317 | | 69.00- |
| May 14 | Electronic Withdrawal<br>REF=181340085786400N00 | To ATT<br>9864031003RETRY PYMT451780003IVR3N | | 373.32- |
| May 17 | Overdraft Paid Fee | | 8655251279 | 36.00- |
| May 18 | Overdraft Paid Fee | | 7101055840 | 36.00- |
| May 18 | Overdraft Paid Fee | | 6720034931 | 36.00- |
| May 18 | Overdraft Paid Fee | | 7400487000 | 36.00- |
| May 18 | Overdraft Paid Fee | | 6003298982 | 36.00- |
| May 18 | Overdraft Paid Fee | | 6003298982 | 36.00- |



555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

Account Number:
1 575 1400 0973

Statement Period:
May 1, 2018
through
May 31, 2018



Page 6 of 7

## SILVER BUSINESS CHECKING

(CONTINUED)

U.S. Bank National Association

**Account Number 1-575-1400-0973**

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|---------------------------|------------|--------|
| May 21 | Overdraft Paid Fee | | 36.00- |
| | | **Total Other Withdrawals** | $ 1,419.46- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 027 | May 23 | 8654810241 | 500.00 | 1084 | May 11 | 9255020260 | 150.00 |
| 028 | May 25 | 9254641886 | 500.00 | 1085 | May 7 | 8055105699 | 200.00 |
| 052* | May 16 | 8655251279 | 390.00 | 1086 | May 14 | 8054893842 | 500.00 |
| 083* | May 7 | 8058403598 | 150.00 | | | | |

\* Gap in check sequence

**Conventional Checks Paid (7)**     $ 2,390.00-

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May 1 | 4,874.44 | May 10 | 846.79 | May 21 | 411.16- |
| May 2 | 768.05 | May 11 | 578.17 | May 23 | 1,882.77 |
| May 3 | 968.05 | May 14 | 358.06 | May 24 | 1,663.21 |
| May 4 | 265.03 | May 15 | 270.91 | May 25 | 1,014.04 |
| May 7 | 15.04- | May 16 | 229.09- | May 29 | 781.50 |
| May 8 | 51.04- | May 17 | 286.53- | May 30 | 707.73 |
| May 9 | 71.04- | May 18 | 375.16- | May 31 | 207.73 |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: April 2018

| | | |
|---|---|---|
| Account Number: | 1-575-1400-0973 | $ 0.00 |
| Analysis Service Charge assessed to | 1-575-1400-0973 | $ 0.00 |

### Service Activity Detail for Account Number 1-575-1400-0973

| Service | Volume | Avg Unit Price | Total Charge |
|---------|--------|---------------|--------------|
| **Depository Services** | | | |
| Combined Transactions/Items | 59 | | No Charge |
| Charge For Neg Coll Balance | 62.43 | | No Charge |
| Subtotal: Depository Services | | | 0.00 |
| Fee Based Service Charges for Account Number 1-575-1400-0973 | | | $ 0.00 |

**USbank.**

555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

Account Number:
1 575 1400 0973

Statement Period:
May 1, 2018
through
May 31, 2018

Page 7 of 7

## MAGES FOR YOUR SILVER BUSINESS CHECKING ACCOUNT

**Member FDIC**
Account Number 1-575-1400-0973



027     May 23     500.00



028     May 25     500.00



052*     May 16     390.00



083*     May 07     150.00
* Gap in check sequence



1084     May 11     150.00



1085     May 07     200.00



1086     May 14     500.00

# Wells Fargo Everyday Checking

Account number: 8889782259 ■ May 2, 2018 - May 31, 2018 ■ Page 1 of 4



GREGORY L BELCHER
DEBTOR IN POSSESSION
CH 11 CASE 18-50909(NCA)
555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

## Questions?

*Available by phone 24 hours a day, 7 days a week;*
*Telecommunications Relay Services calls accepted*

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/2 | $0.00 |
| Deposits/Additions | 1,487.69 |
| Withdrawals/Subtractions | - 1,468.26 |
| **Ending balance on 5/31** | **$19.43** |

Account number: **8889782259**

**GREGORY L BELCHER**
**DEBTOR IN POSSESSION**
**CH 11 CASE 18-50909(NCA)**

California account terms and conditions apply.

For Direct Deposit use:
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Case: 18-50909   Doc# 86-1   Filed: 08/24/18   Entered: 08/24/18 11:58:22   Page 17 of 32



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 5/2 | | Deposit Made In A Branch/Store | 657.69 | | 657.69 |
| 5/3 | | ATM Withdrawal authorized on 05/03 1730 Saratoga Ave San Jose CA 0000790 ATM ID 0502B Card 0926 | | 200.00 | |
| 5/3 | | Purchase authorized on 05/03 Safeway Store 0919 Suratoga CA P00586123829098258 Card 0926 | | 103.80 | 353.89 |
| 5/7 | | Deposit Made In A Branch/Store | 250.00 | | |
| 5/7 | | Purchase authorized on 05/05 Sunnyoaks Valero Campbell CA P00038812559836186 Card 0926 | | 20.01 | |
| 5/7 | | ATM Withdrawal authorized on 05/05 1730 Saratoga Ave San Jose CA 0006241 ATM ID 0502Q Card 0926 | | 300.00 | |
| 5/7 | | ATM Withdrawal authorized on 05/07 1730 Saratoga Ave San Jose CA 0001292 ATM ID 0502B Card 0926 | | 200.00 | 83.88 |
| 5/8 | | Purchase authorized on 05/07 76 - Ratra Enterpr Saratoga CA S388127780044122 Card 0926 | | 10.00 | |
| 5/8 | | Non-WF ATM Withdrawal authorized on 05/08 1310 El Pas DE Sr S Jse CA 0038812880910473 ATM ID 00366081 Card 0926 | | 43.00 | |
| 5/8 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | 28.38 |
| 5/9 | | ATM Withdrawal authorized on 05/09 14428 Big Basin Way Saratoga CA 0000278 ATM ID 0501C Card 0926 | | 20.00 | 8.38 |
| 5/11 | | Deposit Made In A Branch/Store | 450.00 | | 458.38 |
| 5/14 | | Purchase authorized on 05/12 76 - Ratra Enterpr Saratoga CA S588132650086440 Card 0926 | | 20.05 | |
| 5/14 | | Purchase authorized on 05/12 Csj Smart Meters 4087941090 CA S308132563001183 Card 0926 | | 2.50 | |
| 5/14 | | ATM Withdrawal authorized on 05/12 1730 Saratoga Ave San Jose CA 0004053 ATM ID 0502A Card 0926 | | 300.00 | |
| 5/14 | | Purchase authorized on 05/12 Aarti Petroleum Redwood City CA P00308132793356351 Card 0926 | | 77.03 | |
| 5/14 | | Purchase authorized on 05/12 Cosf Mta Parking M San Francisco CA S388132836710633 Card 0926 | | 1.25 | |
| 5/14 | | Purchase authorized on 05/13 Baskin #360141 Q35 Fremont CA S308134168518356 Card 0926 | | 8.78 | 48.77 |
| 5/15 | | Purchase authorized on 05/15 Safeway Store 0919 Saratoga CA P00308135471324415 Card 0926 | | 8.82 | 39.95 |
| 5/16 | | Recurring Payment authorized on 05/14 Rocket Lawyer US WWW.Rocketlaw CA S388135091786042 Card 0926 | | 39.95 | 0.00 |
| 5/30 | | Deposit Made In A Branch/Store | 130.00 | | |
| 5/30 | | Purchase Bank Check OR Draft | | 90.00 | 40.00 |
| 5/31 | | Purchase authorized on 05/31 Safeway Store 0919 Saratoga CA P00308151687538685 Card 0926 | | 20.57 | 19.43 |
| **Ending balance on 5/31** | | | | | **19.43** |
| **Totals** | | | **$1,487.69** | **$1,468.26** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/02/2018 - 05/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.



---

### Monthly service fee summary (continued)

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| - Minimum daily balance | $1,500.00 | $0.00 ☐ |
| - Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| - Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 11 ☑ |
| - The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)  ☐
RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.

Case: 18-50909   Doc# 86-1   Filed: 08/24/18   Entered: 08/24/18 11:58:22   Page 21 of 32



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement.                $ _____

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

+ $ _____

[C] Add [A] and [B] to calculate the subtotal          = $ _____

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

- $ _____

[E] **Subtract** [D] from [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC

# Wells Fargo Everyday Checking



GREGORY L BELCHER
555 KNOWLES DR STE 200
LOS GATOS CA 95032-1551

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/26 | $390.78 |
| Deposits/Additions | 1,027.76 |
| Withdrawals/Subtractions | - 1,412.92 |
| **Ending balance on 5/24** | **$5.62** |

Account number: **7547538442**

**GREGORY L BELCHER**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo store.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 4/26 | | Purchase authorized on 04/25 76 - Ratra Enterpr Saratoga CA S388115558567686 Card 0926 | | 20.05 | |
| 4/26 | | Purchase authorized on 04/25 Apl* Itunes.Com/Bi 866-712-7753 CA S468115573492586 Card 0926 | | 12.99 | |
| 4/26 | | Purchase authorized on 04/25 Apl* Itunes.Com/Bi 866-712-7753 CA S568115573500277 Card 0926 | | 0.99 | |
| 4/26 | | Purchase authorized on 04/25 McDonald's F654 San Jose CA S308115713656622 Card 0926 | | 4.36 | |
| 4/26 | | Purchase authorized on 04/25 Togos - Saratoga Saratoga CA S468115778553234 Card 0926 | | 11.40 | 340.99 |
| 4/27 | | Purchase authorized on 04/25 Taco Bell 30761 Fremont CA S308115659947147 Card 0926 | | 5.44 | 335.55 |
| 5/2 | | Noridian N. CA Hcclaimpmt 180501 1598874422 Tm*1*892708684*1450173185~ | 322.14 | | |
| 5/2 | | Withdrawal Made In A Branch/Store | | 657.69 | 0.00 |
| 5/4 | | Noridian N. CA Hcclaimpmt 180503 1598874422 Tm*1*892719779*1450173185~ | 256.84 | | 256.84 |
| 5/7 | | Withdrawal Made In A Branch/Store | | 250.00 | 6.84 |
| 5/10 | | Noridian N. CA Hcclaimpmt 180509 1598874422 Tm*1*892741533*1450173185~ | 128.42 | | 135.26 |
| 5/11 | | Noridian N. CA Hcclaimpmt 180510 1598874422 Tm*1*892746786*1450173185~ | 320.36 | | |
| 5/11 | | Withdrawal Made In A Branch/Store | | 450.00 | 5.62 |
| Ending balance on 5/24 | | | | | 5.62 |
| **Totals** | | | **$1,027.76** | **$1,412.92** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $105.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/26/2018 - 05/24/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $0.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $1,027.76 ☑ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 6 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |



---

*Monthly service fee summary (continued)*

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($5.00 discount)     ☐
PC/PC

 IMPORTANT ACCOUNT INFORMATION

---

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. The Bank will assess no more than a total of $250 in legal process fees per account, per calendar month. Please note that the calendar month may not coincide with your statement cycle.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.  $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.  = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

− $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.  = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC