Jeff D. Curl (SBN 242916)
Jeena J. Cho (SBN 262901)
JC LAW GROUP PC
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone:	(415) 963-4004
Facsimile:	(415) 963-4260
Email:		notice@jclawgroup.com

Attorneys for Bustamante &
Gagliasso, a Professional Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Bankruptcy Case No. 18-50909 |
| ) | |
| Gregory Lamont Belcher, dba Gregory I ) | Chapter 11 |
| Belcher, MD, ) | |
| ) | |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE BANKRUPTCY COURT, THE PERSONS SERVED, AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that CREDITOR, Bustamante & Gagliasso, a Professional Corporation, by and through its attorney of record, requests notice of all matters noticed to debtor, any creditor, creditors' committee, and any other parties-in-interest, including but not limited to, matters pursuant to Federal Rules of Bankruptcy Procedure ("Rule") 2002(a)-(c), Rule 9007, and all schedules, notice of any order, application, plan of reorganization, disclosure statement, complaint, demand, hearing, motion, petition, pleading, or any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise. Notice is requested of such matters whether sent by the Court, any trustee or any other creditor or party in the case.

It is further requested that, pursuant to Rule 2001(g), the following names and addresses be added to the Court's master mailing list, and that all notices on behalf of Debtor be served as hereinafter set forth to the following address:

JC Law Group PC
Jeff D. Curl
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403

Date: August 30, 2018              /s/ Jeff D. Curl
                                   Jeff D. Curl