**The Knight Law Group**
Noel Knight SBN #223821
800 J Street, Suite 441
Sacramento, CA 95814
Telephone: (510) 435-9210
Facsimile: (510) 281-6889

**CHANGES MADE BY COURT**

The following constitutes
the order of the court. Signed August 31, 2018

*M. Elaine Hammond*

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

Attorney for Debtor…

Gregory Lamont Belcher

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

GREGORY LAMONT BELCHER

    Debtor and Debtor-in-Possession.

Case No. 18-50909-MEH-11

Chapter: 11

**ORDER AUTHORIZING THE EMPLOYMENT OF RAMIN BIHALA AND GREGORY QUILTY OF COLDWELL BANKER AS REALTORS FOR THE DEBTOR AND THE BANKRUPTCY ESTATE**

    An application has been made to employ Ramin Bihala and Gregory Quilty of Coldwell Banker as Realtors for the Debtor and the Bankruptcy Estate.

    Based upon the application, the record, the respective declarations of Ramin Bihala and Gregory Quilty, and other documents;

**IT IS ORDERED**:

1. The Application to Employ Ramin Bihala and Gregory Quilty of Coldwell Banker as Realtors for the Bankruptcy Estate is Granted.

2. Compensation is subject to court approval and order.

** END OF ORDER **

COURT SERVICE LIST

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St. Louis Park, MN  55426

Special Notice as Required