The Knight Law Group
Noel Knight (SBN 223821)
800 J St., Ste. #441,
Sacramento, CA 95814
Telephone: (510) 435 9210
Fax: (510) 281 6889

lawknight@theknightlawgroup.com

Attorneys for Debtor... Gregory Lamont Belcher

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

GREGORY LAMONT BELCHER

CASE NO. 18-50909-MEH-11

CHAPTER 11 REMEDIATION PACKAGE

Date: September 13, 2018

Hon. Elaine M. Hammomd

10:30 a.m.

## SEPTEMBER 13, 2018 STATUS CONFERENCE

Gregory Lamont Belcher ("Belcher"), the debtor and debtor in possession in the above-captioned case hereby submits, in conjunction with his Attorney Noel \Knight, hereby submits the following Chapter 11 Remediation Package...

YOUR HONOR:

Pursuant to the tenor of the Status Hearing on August 30, 2018, Debtor Gregory l. Belcher hereby submits the following Remediation Package to correct deficiencies in the foundation and trajectory of his Chapter 11; as follows by exhibit...

1. Refund of Post Petition Payments and Absolution of Pre Petition Debt.
2. Revised Employment Application of Noel Knight with Declaration.
3. Declaration of Gregory Belcher on Property Insurance with Dec Page.
4. Revised Monthly Operating Reports; e-filed under separate cover.
5. Statement on Project Completion by QualiClean of San Jose.
6. Declaration of Broker Ramin Bihala on Sales Trajectory of Property.
7. Revised SOFA
8. Re-submitted Form B-26.
9. Re-submitted Property Insurance Declaration Page
10. Request for Re-Establishment of Automatic Stay

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
///

DATED: September 10, 2018

THE KNIGHT LAW GROUP

By: _____
Noel Knight - Proposed Attorney

Approved by:

GREGORY LAMONT BELCHER

S/s Gregory L. Belcher

By _____
Gregory Lamont Belcher

DATED: September 10, 2018

DEBTOR'S CHAPTER 11 REMEDIATION PACKAGE

Case: 18-50909   Doc# 102   Filed: 09/11/18   Entered: 09/11/18 12:47:58   Page 2 of 2