**Entered on Docket
October 25, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the Court.
Signed: October 25, 2018

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

Gregory Lamont Belcher,

                Debtor.

Case No. 18-50909 MEH

Chapter 11

Date:   October 25, 2018
Time:  10:30 a.m.
Ctrm:  3020 (San Jose)

## ORDER DISMISSING BANKRUPTCY CASE

Dakota Note, LLC ("Dakota") filed a Motion to Dismiss or Convert Case (the "Motion") (Dkt# 14) under 11 U.S.C. § 1112(b)(1). The Motion came on for hearing on October 25, 2018. Gregory Lamont Belcher ("Debtor") filed an opposition (Dkts# 38, 41) and a reply was filed by Dakota (Dkt# 42).

At the hearing, Debtor orally withdrew his opposition to the Motion and seeks dismissal of the case as well.

Therefore, it is hereby ordered, the Motion is

GRANTED.

***END OF ORDER**

## COURT SERVICE LIST

**Paul Greenfield**
2597 Flagstone Dr.
San Jose, CA 95132

**Dakota Note, LLC**
119 East Center Street, Suite 567
Madison, SD 57042-2908

**Reno F.R. Fernandez**
Macdonald Fernandez LLP
221 Sansome St. 3rd Fl.
San Francisco, CA 94104
(415) 362-0449
reno@macfern.com

**Via ECF:**

All ECF Recipients